

EXHIBIT
A
OUTSIDE LEGAL COUNSEL PLC
www.olcplc.com

LIBER **621** PAGE **441**

*I HEREBY CERTIFY that there are not Tax Liens or Titles held by the State or any individual against the within description, and all Taxes on same are paid for five years previous to the date of this instrument, as appears by the records in my office. This certificate does not apply to current taxes, if any, now in process of collection.*

Date 2-16-2000 *Jody Lansing*
Gratiot County Treasurer, Ithaca, Michigan

**STATE OF MICHIGAN**
**STATE OF MICHIGAN**
**GRATIOT COUNTY**
**RECORDED**

**REAL ESTATE**
**TRANSFER TAX**
16 FEB 2000 12:02 PM

GRATIOT
16 FEB 2000
23

$    38.50-CO
$   282.50-ST
#100007129

JANET K. DAVIS
REGISTER OF DEEDS

**WARRANTY DEED**

The Grantor(s) **INDUSTRY MORTGAGE COMPANY, a Florida corporation**, whose address is 4501 Erskine Road, Cincinnati, Ohio 45242, convey(s) and warrant(s) to **TOM FOX and SHARON FOX, husband and wife, as tenants by the entireties**, whose address is 3889 W. Tyler Road, Alma, MI 48801, the following described premises situated in the City of Alma, County of Gratiot and State of Michigan:

The North ½ of Lot 38, Hall and Sharrar's Addition to the City of Alma, Gratiot County, Michigan, according to the recorded plat thereof. Subject to reservations, building and use restrictions, rights of way and easements of record.

for the sum of Thirty-five Thousand and 00/100 ($35,000.00) Dollars.

Dated this 2nd day of February , 2000.

Signed in the presence of:

*Amanda Dunman*
Amanda Dunman
*Bobbie A. Foster*
Bobbie A. Foster

INDUSTRY MORTGAGE COMPANY, a Florida corporation

By: _____ Jeff Ault

Its Vice President

STATE OF Florida )
) ss.
County of Hillsborough )

The foregoing instrument was acknowledged before me this 2nd day of February 2000, by Jeff Ault Vice President of Industry Mortgage Company, a Florida corporation, on behalf of said corporation.

NOTARY PLEASE USE SEAL

APRIL KENNEDY
MY COMMISSION # CC 827484
EXPIRES: April 18, 2003
Bonded Thru Notary Public Underwriters

*April Kennedy*
April Kennedy , Notary Public
Hillsborough County, Florida
My commission expires:

When Recorded Return To and Send Subsequent Tax Bills To:

Tom Fox, 3889 W. Tyler Road, Alma, MI 48801

Drafted By: Stewart D. McDonald (P30191), Law Offices McDonald and Haffey, 201 E. Superior, P. O. Box 515, Alma, Michigan 48801; SDM/lw; 1/27/00.

#2951-032-779-00

1329-51-032-779-00
9/7 Alma Abstract Co.

301 o2