

**STATE OF MICHIGAN**
**IN THE CIRCUIT COURT FOR THE COUNTY OF GRATIOT**

In the Matter of the Petition of the
Gratiot County Treasurer for
Foreclosure of Certain Parcels of
Property Due to Unpaid 2014 and
Prior Years' Taxes, Interest, Penalties
And Fees.

Case No. 16-0111-CH
Honorable Randy L. Tahvonen

_____/

**JUDGMENT OF FORECLOSURE AND ORDER**

**FILED**

At a session of court held February 21, 2017 at the
Courthouse in Ithaca, Michigan.

FEB 2 1 2017

PRESENT: The Honorable Randy L. Tahvonen, Circuit Judge

29th CIRCUIT
GRATIOT COUNTY

     This matter was initiated with the filing of a Petition on or about June 10, 2016. The Petition identified parcels of property forfeited to the Gratiot County Treasurer under MCL 211.78g for unpaid 2014 and prior years' taxes and set forth the amount of the unpaid delinquent taxes, interest, penalties, and fees for which each parcel of property was forfeited. The Petition sought a judgment in favor of petitioner Gratiot County Treasurer for the forfeited unpaid delinquent taxes, interest, penalties, and fees listed against each parcel of property. The Petition further sought a judgment vesting absolute title to each parcel of property in the petitioner, without right of redemption, as to parcels of property not redeemed on or before March 31, 2017.

     Petitioner on February 21, 2017 filed an Amended Schedule A which is a list of those parcels which remain unpaid or have not been withheld from foreclosure, as of the date of this hearing, and are subject to foreclosure in this action.

     Petitioner has filed with the clerk of the court proof of service of the notice of show cause hearing and notice and notice of foreclosure hearing, proof of publication, and proof of personal visit, as required by MCL 211.78k(1), for each remaining parcel.

     A hearing on the Petition and objections thereto was held on Tuesday, January 24, 2017, at which time all parties interested in the forfeited properties were heard.

     The Court finds that those parties entitled to notice and an opportunity to be heard have

1

PAGE: 1

been provided that notice and opportunity.

THEREFORE, IT IS ORDERED:

(a)    The amount of forfeited delinquent taxes, interest, penalties, and fees set forth in the list of foreclosed property attached to this Judgement is valid and judgment of foreclosure is entered in favor of petitioner against each parcel of property, separately, for payment of the amount set out against the parcel.

(b)    Fee simple title to each parcel foreclosed upon by this Judgment will vest absolutely in petitioner, subject to the limitations of paragraphs (c) and (d), below, without any further rights of redemption, if all forfeited delinquent taxes, interest, penalties, and fees foreclosed against the parcel, plus any additional interest required by statute, are not paid to the County Treasurer on or before March 31, 2017.

(c)    All liens against each parcel, including any lien for unpaid taxes or special assessments, except future installments of special assessments and liens recorded by the State or the petitioner pursuant to the Natural Resources and Environmental Protection Act, 1994 PA 451, MCL 324.101, et seq., are extinguished, if all forfeited delinquent taxes, interest, penalties, and fees foreclosed against the parcel, plus any additional interest required by statute, are not paid to the County Treasurer on or before March 31, 2017.

(d)    All existing recorded and unrecorded interests in each parcel are extinguished except: (1) a visible or recorded easement or right-of-way. (2) private deed restrictions, (3) restrictions or other governmental interests imposed pursuant to the Natural Resources and Environmental Protection Act, supra, (4) interests of a lessee or an assignee of a lessee under an oil or gas lease recorded before the date of filing of the Petition in this action, and (5) interests preserved under §1 (3) of the dormant minerals act, 1963 PA 42, MCL 554.291(3), and interests in property assessable as personal property under MCL 211.8(g) if all forfeited delinquent taxes, interest, penalties, and fees foreclosed against the parcel, plus any additional interest required by statute, are not paid to the County Treasurer on or before March 31, 2017.

(e)    Petitioner has good and marketable fee simple title to each parcel, subject to the limitations of paragraphs (c) and (d), above, if all forfeited delinquent taxes, interest, penalties, and fees foreclosed against the parcel, plus any additional interest required by statute, are not paid to the County Treasurer on or before March 31, 2017.

(f)    This is a final order with respect to each parcel affected by this Judgement and unless appealed pursuant to MCL 211.78k(7) shall not be modified, stayed, or held invalid after March 31, 2017.

2

(g) Twelve (12) of the parcels of property listed in Amended Exhibit A are granted an extension of time in which to pay all delinquent taxes, interest, penalties and fees. For these twelve (12) parcels all the provisions of the order remain in full force and effect, with the exception that the date of March 31, 2017 referenced in paragraphs a - f above shall be March 31, 2018. These twelve (12) parcels are:

i) Parcel: 01-017-017-00          Address: 4272 W. Birmingham Rd. Alma, Mi 48801

WD L 464 P 296 & 1059 COM 8 RDS W OF SE COR OF SW 1/4 OF NE 1/4, TH N 20 RDS, W 4 RDS, S 20 RDS, E 4 RDS TO BEG, & COM 1524.73 FT W OF E 1/4 COR, TH W 34 FT, N 435.6 FT, E 100 FT, S 105.6 FT, W 66 FT, S 330 FT TO POB, SEC 17-11-3. 1 A.

ii) Parcel: 02-018-046-01          Address: 9300 N. State Rd. St. Louis, Mi 48880

COM 500 FT N OF SW COR OF SEC, TH N 378 FT, E 206.25 FT, S 378 FT, W 206.25 FT   TO BEG EX S 150 FT, SEC 18-12-2. 1.87 A. BETHANY TWP., GRATIOT COUNTY.

iii) Parcel: 07-016-013-10          Address: 8929 E. Tyler Rd. Breckenridge, Mi 48615

BEG 264 FT W OF SE COR OF SEC, TH N 349 FT, W 406 FT, S 65 FT, E 162 FT, S 284   FT, E 244 FT TO POB, SEC 16-11-1. 2.20 A. LAFAYETTE TWP., GRATIOT COUNTY.

iv) Parcel: 11-015-029-00          Address: 107 E. Gratiot St. North Star, Mi 48862

COM 10 RDS E OF SW COR OF SEC, TH N 14 RDS, E 5 1/2 RDS, S 14 RDS, W 5 1/2 RDS   TO BEG, SEC 15-10-2. 0.49 A.

v) Parcel: 11-032-012-00          Address: E. Grant Rd. (Vacant) Ithaca, Mi 48847

DEED L 592 P 550 SW 1/4 OF SE 1/4 EX W 5 A SEC 32-10-2. 35 A.

vi) Parcel: 13-650-003-60          Address: N Maple St. (Vacant) Riverdale, Mi 48877

G S WARD'S ADD TO RIVERDALE, PART OF LOT 3 DESC AS COM 132 FT N OF SE COR OF     LOT 3, TH W 65 FT, N 50 FT, E 65 FT, S 50 FT TO BEG. SEVILLE TOWNSHIP, GRATIOT   COUNTY

vii) Parcel: 42-301-004-00          Address: 118 E. Saginaw St. Breckenridge, Mi 48615

ASSESSOR'S PLAT OF SOUTH BRECKENRIDGE, LOT 4 EX W 1.25 FT, BLK 1.

viii) Parcel: 51-343-001-00          Address: 918 Pine Ave Alma, Mi 48801

GARGETT ADDITION, SEC 34-12-3, LOT 8, BLOCK 46.

3

ix) Parcel: 51-970-010-13      Address: 503 N. State St. Alma, Mi 48801

COM 462 FT N OF SE COR OF SW 1/4 OF SW 1/4 SEC 34-12-3 TH W 229.5 FT N 107.74 FT, E 229.5 FT, S 107.74 FT. TO BEGINNING.

x) Parcel: 51-971-010-13      Address: 503 N. State St. Alma, Mi 48801

COM 462 FT N OF SE COR OF SW 1/4 OF SW 1/4 SEC 34-12-3 TH W 229.5 FT N 107.74 FT, E 229.5 FT, S 107.74 FT. TO BEGINNING.

xi) Parcel: 53-010-114-00      Address: 220 W. Washington Ave. St. Louis, Mi 48880

WD L 552 P 594 & 595 LOTS 5 & 6, & S 1/2 OF LOT 4, & BEG N 1.02 FT FROM SW COR OF LOT 9, TH N 56 DEG 57' E 5.5 FT, TH N 74 DEG 28' E 4.9 FT, TH N 38 DEG 40' 30" W 10.89 FT, W 2.54 FT, S 12.8 FT TO POB, BLOCK 34, CITY OF ST LOUIS.

xii) Parcel: 53-010-117-10      Address: W. Washington Ave. (Vacant) St. Louis, Mi 48880

WD L 552 P 594 COM 132 FT W OF SE COR OF BLK 34, TH W 33 FT, N 62 FT 10 IN, E 33 FT, S 62 FT 10 IN TO POB, BEING PART OF LOT 7, BLK 34. CITY OF ST LOUIS.

This Judgment resolves the last pending claim and closes the case.

Dated: February 21, 2017

RANDY L. TAHVONEN (P23411)
Gratiot County Circuit Judge

4

DELINQUENT TAXES DUE FOR GRATIOT COUNTY

BY: mthomas     Tax Year: 2014 Calculated as of: 02/21/2017 Exclude Personal Property    DB: Real
Foreclosed Taxes EXCLUDED

| Parcel | Year Status | Base Tax | Intrst | Admin | Oct Fee/ Sale Exp | Title Srch | Other Fees | Total |
|---|---|---|---|---|---|---|---|---|
| 01-009-008-10 | 2014 FRF | 791.33 | 284.88 | 31.65 | | | 137.00 | 1,244.86 |
| WOOD KATHLEEN M   4481 N ALGER RD ALMA MI 48801 | | | | | | | | |
| 01-017-017-00 ω/H | 2014 FRF | 361.67 | 130.20 | 14.47 | | | 30.00 | 536.34 |
| CRISPIN JERRY A & KAY R   4272 W BIRMINGHAM RD ALMA MI 48801 | | | | | | | | |
| 01-018-005-00 | 2014 FRF | 173.19 | 62.35 | 6.93 | | | 30.00 | 272.47 |
| FOX THOMAS A   PO BOX 301 ALMA MI 48801 | | | | | | | | |
| 01-020-005-00 | 2014 FRF | 1,272.77 | 458.19 | 50.91 | 15.00 | 175.00 | 147.00 | 2,118.87 |
| GARCIA ANDRES M & REBECCA FAWCETT   2771 N LUCE RD ALMA MI 48801 | | | | | | | | |
| 01-020-022-00 | 2014 FRF | 391.34 | 140.88 | 15.65 | 15.00 | 175.00 | 147.00 | 884.87 |
| BARBER WILMER & KATHRYN   3796 E ROOSEVELT DR. ASHLEY MI 48806 | | | | | | | | |
| 01-020-039-00 | 2014 FRF | 283.85 | 102.18 | 11.35 | | 140.00 | 147.00 | 684.38 |
| HUNT JOSHUA L   2556 N ELY HWY ALMA MI 48801 | | | | | | | | |
| 01-034-017-30 | 2014 FRF | 492.07 | 177.15 | 19.68 | | | 80.00 | 768.90 |
| COLBURN VAN H & CHERYL L   133 PINE DR ITHACA MI 48847 | | | | | | | | |
| 02-004-002-00 | 2014 FRF | 1,378.94 | 496.42 | 55.16 | 15.00 | 175.00 | 147.00 | 2,267.52 |
| JOHNSON DEBORAH A   11977 RIVERSIDE DR. ST LOUIS MI 48880 | | | | | | | | |
| 02-018-012-00 | 2014 FRF | 901.54 | 324.55 | 36.06 | 15.00 | 175.00 | 147.00 | 1,599.15 |
| BAXTER BENJAMIN E & JAIME L   PO BOX 452 GOBLES MI 49055 | | | | | | | | |
| 02-018-046-01 ω/H | 2014 FRF | 2,013.30 | 724.79 | 80.53 | 15.00 | 175.00 | 147.00 | 3,155.62 |
| CIZEK FRANK   9300 N STATE RD SAINT LOUIS MI 48880 | | | | | | | | |
| 03-002-011-20 | 2014 FRF | 570.99 | 205.56 | 22.84 | 15.00 | 175.00 | 147.00 | 1,136.39 |
| MINGE TIMOTHY LEE   6117 W COLDWATER FLUSHING MI 48433 | | | | | | | | |
| 04-001-004-20 | 2014 FRF | 1,202.40 | 432.87 | 48.10 | 15.00 | 175.00 | 147.00 | 2,020.37 |
| MURPHY KEVIN & SHERI   5564 N BLAIR RD BRECKENRIDGE MI 48615 | | | | | | | | |
| 04-005-012-20 | 2014 FRF | 1,450.60 | 522.21 | 58.02 | 14.91 | 175.00 | 147.00 | 2,367.74 |
| WILSON STACIE   5219 N ROYCE ROAD SAINT LOUIS MI 48880 | | | | | | | | |
| 04-006-027-00 | 2014 FRF | 860.34 | 309.72 | 34.41 | 15.00 | 175.00 | 147.00 | 1,541.47 |
| VAN DEMARK BERNARD   10080 W POLK RD SUMNER MI 48889 | | | | | | | | |
| 04-018-012-10 | 2014 FRF | 1,533.71 | 552.14 | 61.35 | 15.00 | 175.00 | 147.00 | 2,484.20 |
| ARGO REALITY CO   SHSHANA GOLD 24123 GREENFIELD RD STE 201 SOUTHFIELD MI 48075-3140 | | | | | | | | |
| 04-035-005-00 | 2014 FRF | 595.72 | 214.46 | 23.83 | 15.00 | 175.00 | 147.00 | 1,171.01 |
| COX NICHOLAS   323 S MARQUETTE RD PRAIRIE DU CHIEN WI 53821 | | | | | | | | |
| 05-007-071-00 | 2014 FRF | 395.29 | 142.30 | 15.81 | | | 30.00 | 583.40 |
| GUERNSEY STEVEN D   317 HOWELL ST MIDDLETON MI 48856 | | | | | | | | |
| 05-007-077-00 | 2014 FRF | 858.45 | 309.04 | 34.34 | | 139.52 | 147.00 | 1,488.35 |
| SNIDER LOU ANNE   220 S NEWTON ST MIDDLETON MI 48856 | | | | | | | | |
| 05-017-003-00 | 2014 FRF | 19.71 | 7.10 | 1.00 | | | 80.00 | 107.81 |
| HENSLEY JOHNIE RAY & TAMARA L   4495 W CLEVELAND RD PERRINTON MI 48871 | | | | | | | | |
| 05-110-010-00 | 2014 FRF | 885.39 | 318.74 | 35.42 | 15.00 | 175.00 | 147.00 | 1,576.55 |
| VOGEL PAMELA   516 NEWTON STREET MIDDLETON MI 48856 | | | | | | | | |
| 05-116-003-01 | 2014 FRF | 2,316.76 | 834.03 | 92.67 | | | 80.00 | 3,323.46 |
| CLAEYS MICHAEL RAY   211 ELM MIDDLETON MI 48856 | | | | | | | | |
| 05-220-044-00 | 2014 FRF | 1,133.39 | 408.02 | 45.34 | 15.00 | 175.00 | 147.00 | 1,923.75 |
| KIRT JOHNATHAN   PO BOX 64 103 THIRD ST POMPEII MI 48874 | | | | | | | | |
| 05-220-078-00 | 2014 FRF | 1,405.05 | 505.82 | 56.20 | 15.00 | 175.00 | 147.00 | 2,304.07 |
| DANFORD HEIDI   PO BOX 113 POMPEII MI 48874 | | | | | | | | |
| 05-220-093-00 | 2014 FRF | 1,396.90 | 502.89 | 55.88 | 15.00 | 175.00 | 147.00 | 2,292.67 |
| SANDOVAL ROBERTO & ANDREA   510 W. CLEVELAND RD ASHLEY MI 48806 | | | | | | | | |
| 05-400-172-00 | 2014 FRF | 349.12 | 125.68 | 13.96 | 15.00 | 175.00 | 147.00 | 825.76 |
| LIENERTH DANIEL M & HEATHER MCKENZI   8468 ROSSMAN HWY DIMONDALE MI 48821 | | | | | | | | |
| 05-640-022-00 | 2014 FRF | 355.38 | 127.94 | 14.22 | 15.00 | 175.00 | 147.00 | 834.54 |
| WHITEHERSE LAURA R   865 S WARREN RD OVID MI 48866 | | | | | | | | |



" Amended Schedule A "

BY: mthomas      Tax Year: 2014 Calculated as of: 02/21/2017 Exclude Personal Property    DB: Real
Foreclosed Taxes EXCLUDED

| Parcel | Year Status | Base Tax | Intrst | Admin | Oct Fee/ Sale Exp | Title Srch | Other Fees | Total |
|---|---|---|---|---|---|---|---|---|
| 05-760-036-01 | 2014 FRF | 1,402.15 | 504.78 | 56.09 | | | 137.00 | 2,100.02 |
| BUSCEMI RICHARD & KERI   9946 HIGHLAND DR PERRINTON MI 48871 | | | | | | | | |
| 05-825-035-00 | 2014 FRF | 262.66 | 94.56 | 10.51 | 15.00 | 175.00 | 147.00 | 704.73 |
| EASLICK MICHAEL E   100 SAND HILL MANOR DR., APT 8 HOUGHTON LAKE MI 48629 | | | | | | | | |
| 05-825-353-00 | 2014 FRF | 705.75 | 254.07 | 28.23 | | | 30.00 | 1,018.05 |
| CASSADY JAIME J & JAMEE D   10420 OAKRIDGE DR PERRINTON MI 48871 | | | | | | | | |
| 05-825-542-00 | 2014 FRF | 150.20 | 54.07 | 6.01 | 15.00 | 175.00 | 147.00 | 547.28 |
| FEDEWA DAVID P   530 N MAIN ST BOX 101 FOWLER MI 48835 | | | | | | | | |
| 06-036-005-00 | 2014 FRF | 454.75 | 163.71 | 18.19 | | 11.34 | 147.00 | 794.99 |
| MAHONY EILEEN T   7308 LANE DETROIT MI 48209 | | | | | | | | |
| 07-016-013-10 W/H | 2014 FRF | 1,059.30 | 381.35 | 42.37 | 15.00 | 175.00 | 147.00 | 1,820.02 |
| SMALL DONNA M & BEACHLER DAVID L   8929 E TYLER RD BRECKENRIDGE MI 48615 | | | | | | | | |
| 07-024-002-00 | 2014 FRF | 594.41 | 213.99 | 23.78 | 15.00 | 175.00 | 147.00 | 1,169.18 |
| TAYLOR RICKY D & PEGGY L   2837 S MERIDIAN RD MERRILL MI 48637 | | | | | | | | |
| 09-007-016-10 | 2014 FRF | 988.15 | 355.74 | 39.53 | 15.00 | 175.00 | 147.00 | 1,720.42 |
| WOLLET CARL & MELISSA   2104 N CANAL RD EATON RAPIDS MI 48827 | | | | | | | | |
| 09-017-010-00 | 2014 FRF | 1,523.48 | 548.46 | 60.94 | 15.00 | 175.00 | 147.00 | 2,469.88 |
| HALL LLOYD ROBERT, JR & CAROL   10211 W BUCHANAN RD SUMNER MI 48889 | | | | | | | | |
| 09-020-006-00 | 2014 FRF | 1,081.05 | 389.18 | 43.24 | 15.00 | 175.00 | 147.00 | 1,850.47 |
| HALL LLOYD ROBERT, JR & CAROL   CRAIG HALL 10211 W BUCHANAN RD SUMNER MI 48889 | | | | | | | | |
| 10-035-002-10 | 2014 FRF | 950.76 | 342.27 | 38.03 | 15.00 | 175.00 | 147.00 | 1,668.06 |
| WISE STANLEY E & LOUELLA M   11280 S PINGREE ROAD PERRINTON MI 48871 | | | | | | | | |
| 11-013-009-00 | 2014 FRF | 1,498.49 | 539.46 | 59.94 | 15.00 | 175.00 | 147.00 | 2,434.89 |
| GINGRICH JOHN F & ANGELA S   2498 S WISNER RD ITHACA MI 48847 | | | | | | | | |
| 11-015-024-00 | 2014 FRF | 894.81 | 322.13 | 35.79 | 15.00 | 175.00 | 147.00 | 1,589.73 |
| BOHNETT WILLIAM   4104 E JOHNSON RD ITHACA MI 48847 | | | | | | | | |
| 11-015-029-00 W/H | 2014 FRF | 1,155.65 | 416.04 | 46.23 | | | 100.00 | 1,717.92 |
| GOWARD RANDY & STARIA   PO BOX 85 NORTH STAR MI 48862 | | | | | | | | |
| 11-022-006-00 | 2014 FRF | 144.22 | 51.92 | 5.77 | 15.00 | 175.00 | 147.00 | 538.91 |
| COOK ROBERT & JAMES COOK   215 WALNUT ST ALMA MI 48801 | | | | | | | | |
| 11-022-007-00 | 2014 FRF | 83.02 | 29.88 | 3.32 | 15.00 | 175.00 | 147.00 | 453.22 |
| COOK ROBERT & JAMES COOK   215 WALNUT ST ALMA MI 48801 | | | | | | | | |
| 11-022-018-00 | 2014 FRF | 1,259.68 | 453.48 | 50.39 | 15.00 | 175.00 | 147.00 | 2,100.55 |
| MORRIS JASON & ASHLEY   203 S MAIN ST ITHACA MI 48847 | | | | | | | | |
| 11-032-012-00 W/H | 2014 BKR | 4.81 | 1.73 | 1.00 | 15.00 | 175.00 | 60.00 | 257.54 |
| GAVENDA STEVEN J & MARCIA J   1527 E GRANT RD ITHACA MI 48847 | | | | | | | | |
| 12-070-010-00 | 2014 FRF | 859.07 | 309.27 | 34.36 | 15.00 | 175.00 | 147.00 | 1,539.70 |
| KRANTZ DAWN MARIE   7375 N FERRIS RD ELWELL MI 48832 | | | | | | | | |
| 13-004-008-02 | 2014 FRF | 250.21 | 90.08 | 10.01 | 15.00 | 175.00 | 147.00 | 687.30 |
| SMITH WILLIAM SHANE & HEATHER DAWN   1301 ROSEDALE STREET ALMA MI 48801 | | | | | | | | |
| 13-018-008-01 | 2014 FRF | 1,203.13 | 433.13 | 48.13 | 15.00 | 175.00 | 147.00 | 2,021.39 |
| HANSEN TERRY   11399 N JEFFERSON RD RIVERDALE MI 48877 | | | | | | | | |
| 13-026-006-10 | 2014 FRF | 735.43 | 264.75 | 29.42 | | | 80.00 | 1,109.60 |
| FREED DONALD E   7706 N BLISS RD ELWELL MI 48832 | | | | | | | | |
| 13-029-009-00 | 2014 FRF | 1,463.47 | 526.85 | 58.54 | 15.00 | 175.00 | 147.00 | 2,385.86 |
| HOSKEY KELLY LOUISE   7896 N FERRIS RD ELWELL MI 48832 | | | | | | | | |
| 13-030-023-00 | 2014 FRF | 958.50 | 345.06 | 38.34 | 15.00 | 175.00 | 147.00 | 1,678.90 |
| ROSE PRESTON   7013 LUMBERJACK RIVERDALE MI 48877 | | | | | | | | |
| 13-030-025-10 | 2014 FRF | 734.06 | 264.26 | 29.36 | 15.00 | 175.00 | 147.00 | 1,364.68 |
| BRUSH JAMES   7260 NW COUNTY LINE RD RIVERDALE MI 48877 | | | | | | | | |
| 13-036-002-30 | 2014 FRF | 931.93 | 335.49 | 37.28 | 15.00 | 175.00 | 147.00 | 1,641.70 |
| MCCREERY SCOTT T & JILL   6579 N RICH RD ALMA MI 48801 | | | | | | | | |

02/21/2017  09:59 AM    DELINQUENT TAXES DUE FOR GRATIOT COUNTY                    Page 3/7

BY: mthomas         Tax Year: 2014 Calculated as of: 02/21/2017 Exclude Personal Property    DB: Real
                              Foreclosed Taxes EXCLUDED

| Parcel | Year Status | Base Tax | Intrst | Admin | Oct Fee/ Sale Exp | Title Srch | Other Fees | Total |
|--------|-------------|----------|--------|-------|-------------------|------------|------------|-------|
| 13-353-012-00 | 2014 FRF | 1,091.99 | 393.12 | 43.68 | 15.00 | 175.00 | 147.00 | 1,865.79 |
| THOMPSON ZACHARY & ASHLEY   632 WRIGHT AVE ALMA MI 48801 | | | | | | | | |
| 13-404-001-00 | 2014 FRF | 1,425.92 | 513.33 | 57.04 | 15.00 | 175.00 | 147.00 | 2,333.29 |
| BEEBE DALE   6409 MILL ST RIVERDALE MI 48877 | | | | | | | | |
| 13-404-006-00 | 2014 FRF | 580.03 | 208.81 | 23.20 | 15.00 | 175.00 | 147.00 | 1,149.04 |
| BEEBE DALE   6409 MILL ST RIVERDALE MI 48877 | | | | | | | | |
| 13-404-019-00 | 2014 FRF | 227.36 | 81.85 | 9.09 | 15.00 | 175.00 | 147.00 | 655.30 |
| BETZER DALE   PO BOX 51 RIVERDALE MI 48877-0051 | | | | | | | | |
| 13-406-003-00 | 2014 FRF | 6.74 | 2.43 | 1.00 | | | 30.00 | 40.17 |
| ROBINSON CYNTHIA A   11390 E PAKES ROAD CRYSTAL MI 48818 | | | | | | | | |
| 13-414-003-00 | 2014 FRF | 229.48 | 82.62 | 9.18 | 15.00 | 175.00 | 147.00 | 658.28 |
| WINN PATRICK J   5508 8 MILE RD REMUS MI 49340 | | | | | | | | |
| 13-650-005-60 w/H | 2014 FRF | 9.51 | 3.42 | 1.00 | 15.00 | 175.00 | 60.00 | 263.93 |
| LUMBERT TROY & JAMIE   6637 N MAPLE ST RIVERDALE MI 48877 | | | | | | | | |
| 14-002-009-00 | 2014 FRF | 1,047.75 | 377.19 | 41.91 | 15.00 | 175.00 | 147.00 | 1,803.85 |
| DETZLER NICOLE   7731 W LINCOLN RD ELWELL MI 48832 | | | | | | | | |
| 14-004-008-00 | 2014 FRF | 686.44 | 247.12 | 27.46 | 15.00 | 175.00 | 147.00 | 1,298.02 |
| STEARNS JIM M   9787 W LINCOLN RD RIVERDALE MI 48877 | | | | | | | | |
| 14-006-016-00 | 2014 FRF | 315.29 | 113.50 | 12.61 | | | 30.00 | 471.40 |
| WILES HENRY W   PO BOX 48 WINN MI 48896 | | | | | | | | |
| 14-013-001-00 | 2014 FRF | 1,323.34 | 476.40 | 52.93 | 15.00 | 175.00 | 147.00 | 2,189.67 |
| FOX THOMAS   PO BOX 301 ALMA MI 48801 | | | | | | | | |
| 14-018-012-00 | 2014 FRF | 291.08 | 104.79 | 11.64 | 15.00 | 175.00 | 147.00 | 744.51 |
| KING DAWN M   6582 S GARLOCK ROAD CARSON CITY MI 48811 | | | | | | | | |
| 14-020-009-20 | 2014 FRF | 874.76 | 314.91 | 34.99 | 15.00 | 175.00 | 147.00 | 1,561.66 |
| HUNT LYNN A   3378 N FERRIS ROAD SUMNER MI 48889 | | | | | | | | |
| 14-023-020-10 | 2014 FRF | 903.56 | 325.28 | 36.14 | 15.00 | 175.00 | 147.00 | 1,601.98 |
| PICKENS JOHN E JR   2095 N PINGREE RD ALMA MI 48801 | | | | | | | | |
| 14-034-015-00 | 2014 FRF | 431.95 | 56.15 | 17.28 | | | 80.00 | 585.38 |
| GRIFFIN ROBERT W & LEANN M   8520 W SAND RD SUMNER MI 48889 | | | | | | | | |
| 14-400-022-10 | 2014 FRF | 667.98 | 240.48 | 26.72 | 15.00 | 175.00 | 147.00 | 1,272.18 |
| GLADDING MELISSA JANE   11430 W VAN BUREN RD RIVERDALE MI 48877 | | | | | | | | |
| 16-001-014-00 | 2014 FRF | 2,558.32 | 921.00 | 102.33 | 15.00 | 175.00 | 147.00 | 3,918.65 |
| CHASNIS ANDREW THOMAS   816 N WOODBRRIDGE SAGINAW MI 48602 | | | | | | | | |
| 16-004-013-00 | 2014 FRF | 343.66 | 123.72 | 13.75 | | 175.00 | 147.00 | 803.13 |
| WATKINS SHARYL KAY   8989 E ADAMS RD WHEELER MI 48662 | | | | | | | | |
| 16-012-002-21 | 2014 FRF | 209.99 | 75.60 | 8.40 | | | 30.00 | 323.99 |
| BROWN DAVID A SR.   10815 N.E. COUNTY LINE RD MERRILL MI 48637 | | | | | | | | |
| 16-017-007-20 | 2014 FRF | 2.32 | 0.84 | 1.00 | | | 80.00 | 84.16 |
| SEELEY TERRY   7145 E MCGREGOR ROAD WHEELER MI 48662 | | | | | | | | |
| 16-022-005-00 | 2014 FRF | 295.73 | 106.47 | 11.83 | | | 30.00 | 444.03 |
| SEELEY TERRY   7145 MCGREGOR WHEELER MI 48662 | | | | | | | | |
| 16-028-001-00 | 2014 FRF | 853.02 | 307.08 | 34.12 | | | 30.00 | 1,224.22 |
| METCALF DENNIS   8574 E MONROE ROAD WHEELER MI 48662 | | | | | | | | |
| 16-400-420-00 | 2014 FRF | 621.60 | 223.77 | 24.86 | 15.00 | 175.00 | 147.00 | 1,207.23 |
| JERRY LOUIS & TAMTHA   3732 N RANSOM RD BRECKENRIDGE MI 48615 | | | | | | | | |
| 16-600-601-00 | 2014 FRF | 1,552.89 | 559.04 | 62.12 | 15.00 | 175.00 | 147.00 | 2,511.05 |
| HARTMAN WENDY MARIE   8351 WHEELER ROAD WHEELER MI 48662 | | | | | | | | |
| 16-600-708-00 | 2014 FRF | 486.92 | 175.29 | 19.48 | 15.00 | 175.00 | 147.00 | 1,018.69 |
| CARDENAS ANTONIO & CONNIE ROBERTS-   9339 E MONROE ROAD WHEELER MI 48662 | | | | | | | | |
| 41-100-241-00 | 2014 FRF | 694.83 | 250.14 | 27.79 | 15.00 | 175.00 | 147.00 | 1,309.76 |
| MC ELHANEY DAVID LEE & ANGELA   8868 E 72ND ST CHASE MI 49623 | | | | | | | | |

PAGE: 7

Tax Year: 2014 Calculated as of: 02/21/2017 Exclude Personal Property
Foreclosed Taxes EXCLUDED

| Parcel | Year | Status | Base Tax | Intrst | Admin | Oct Fee/ Sale Exp | Title Srch | Other Fees | Total |
|---|---|---|---|---|---|---|---|---|---|
| 41-150-013-00 | 2014 | FRF | 2,453.98 | 883.44 | 98.16 | 15.00 | 175.00 | 147.00 | 3,772.58 |
| SPITZLEY CRAIG   201 N HERRING ST ASHLEY MI 48806 | | | | | | | | | |
| 41-600-356-00 | 2014 | FRF | 1,788.47 | 643.85 | 71.54 | 15.00 | 175.00 | 147.00 | 2,840.86 |
| BEARDEN HARLAN J, JR & MARY A  & JAMERSON BEARDEN BOX 35 ASHLEY MI 48806 | | | | | | | | | |
| 42-119-009-00 | 2014 | FRF | 2,234.75 | 804.51 | 89.39 | 15.00 | 175.00 | 147.00 | 3,465.65 |
| BELLES EDWARD L & GLORIA A   545 WRIGHT ST BRECKENRIDGE MI 48615 | | | | | | | | | |
| 42-150-037-00 | 2014 | FRF | 1,722.64 | 620.15 | 68.91 | 15.00 | 175.00 | 147.00 | 2,748.70 |
| FETTERS ROBERT DEXTER   PO BOX 483 BRECKENRIDGE MI 48615 | | | | | | | | | |
| 42-150-064-00 | 2014 | FRF | 897.03 | 322.93 | 35.88 | | | 110.00 | 1,365.84 |
| MC CLINTIC DANIEL R & KELLY J  520 E SUMMIT ST 242 BRECKENRIDGE MI 48615-0242 | | | | | | | | | |
| 42-301-004-00 W/H | 2014 | FRF | 1,211.00 | 435.96 | 48.44 | 15.00 | 175.00 | 147.00 | 2,032.40 |
| TRIPLE H PROPERTY MANAGEMENT LLC  JAMES HURST 2610 JEAN ST HARRISON MI 48625 | | | | | | | | | |
| 42-308-011-00 | 2014 | FRF | 400.93 | 144.33 | 16.04 | | | 30.00 | 591.30 |
| PHELPS DAISY   204 FOURTH STREET- BOX 42 BRECKENRIDGE MI 48615 | | | | | | | | | |
| 43-300-020-00 | 2014 | FRF | 749.87 | 269.95 | 29.99 | 15.00 | 175.00 | 147.00 | 1,386.81 |
| ZELINSKI JAMIE  404 E FULTON ST BOX 132 PERRINTON MI 48871-0132 | | | | | | | | | |
| 43-700-322-50 | 2014 | FRF | 758.29 | 272.98 | 30.33 | 15.00 | 175.00 | 147.00 | 1,398.60 |
| MARTIN BONNIE J  501 ROBINSON ST UNIT 73 PERRINTON MI 48871 | | | | | | | | | |
| 51-010-161-00 | 2014 | FRF | 591.66 | 213.00 | 23.67 | 15.00 XXXXX | 175.00 | 147.00 | 1,165.33 |
| KEATING NICHOLAS CHARLES BOOKER COLIN MICHAEL  8 YORICK ROAD, WEST MERSEA | | | | | | | | | |
| 51-010-166-00 | 2014 | FRF | 464.74 | 167.31 | 18.59 | 15.00 | 175.00 | 147.00 | 987.64 |
| RHYNARD JON L   4880 W MONROE RD ALMA MI 48801-9508 | | | | | | | | | |
| 51-021-011-00 | 2014 | FRF | 59.38 | 21.38 | 2.38 | 15.00 | 175.00 | 147.00 | 420.14 |
| FOX THOMAS A & SHARON E   3445 N RICH RD PO BOX 301 ALMA MI 48801 | | | | | | | | | |
| 51-021-019-00 | 2014 | FRF | 1,072.70 | 386.17 | 42.91 | | 90.00 | 147.00 | 1,738.78 |
| FOX THOMAS A & SHARON E   3445 N RICH RD PO BOX 301 ALMA MI 48801 | | | | | | | | | |
| 51-021-109-00 | 2014 | FRF | 572.83 | 206.22 | 22.91 | | | 30.00 | 831.96 |
| HERNANDEZ JOHN N   208 WILLIAMETTE ALMA MI 48801 | | | | | | | | | |
| 51-021-269-00 | 2014 | FRF | 527.10 | 189.75 | 21.08 | 15.00 | 175.00 | 147.00 | 1,074.93 |
| VANHOOSE DOUGLAS E & KIMBERLEE M  7190 CLEVELAND RD MIDDLETON MI 48856 | | | | | | | | | |
| 51-021-271-00 | 2014 | FRF | 639.77 | 230.31 | 25.59 | 15.00 | 175.00 | 147.00 | 1,232.67 |
| VANHOOSE DOUGLAS E & KIMBERLEE M  7190 CLEVELAND RD MIDDLETON MI 48856 | | | | | | | | | |
| 51-021-334-00 | 2014 | FRF | 1,105.46 | 397.97 | 44.22 | 15.00 | 175.00 | 147.00 | 1,884.65 |
| JELLISON RICK  JELLISON ZACH 1112 ROSEDALE ALMA MI 48801 | | | | | | | | | |
| 51-021-761-00 | 2014 | FRF | 1,521.41 | 547.71 | 60.86 | 15.00 | 175.00 | 147.00 | 2,466.98 |
| NELSON ROBBIE  1107 ROSEDALE ALMA MI 48801 | | | | | | | | | |
| 51-021-768-00 | 2014 | FRF | 1,502.10 | 540.75 | 60.08 | 15.00 | 175.00 | 147.00 | 2,439.93 |
| FOX THOMAS   3445 N RICH RD PO BOX 301 ALMA MI 48801 | | | | | | | | | |
| 51-031-038-00 | 2014 | FRF | 52.95 | 19.06 | 2.12 | 15.00 | 175.00 | 147.00 | 411.13 |
| 111 & 113 W SUPERIOR LLC   119 W SUPERIOR STE 101 ALMA MI 48801 | | | | | | | | | |
| 51-031-288-00 | 2014 | FRF | 2,902.22 | 1,044.80 | 116.09 | 15.00 | 175.00 | 147.00 | 4,400.11 |
| ACAC PROPERTY, LLC   258 BLUE SPRING LANE CHARLOTTESVILLE VA 22903 | | | | | | | | | |
| 51-031-530-00 | 2014 | FRF | 1,337.28 | 481.42 | 53.49 | 15.00 | 175.00 | 147.00 | 2,209.19 |
| ADAMS CHRISTINA L  156 ALLEN ALMA MI 48801 | | | | | | | | | |
| 51-031-807-00 | 2014 | FRF | 1,177.37 | 423.85 | 47.09 | 15.00 | 175.00 | 147.00 | 1,985.31 |
| CABRERA CHRISTIN LYNN  115 HILL ALMA MI 48801 | | | | | | | | | |
| 51-032-276-00 | 2014 | FRF | 821.78 | 295.84 | 32.87 | 15.00 | 175.00 | 147.00 | 1,487.49 |
| MCCREERY SCOTT T & JILL M  6579 N RICH RD ALMA MI 48801 | | | | | | | | | |
| 51-032-772-00 | 2014 | FRF | 325.33 | 117.12 | 13.01 | 15.00 | 175.00 | 147.00 | 792.46 |
| VANHOOSE DOUGLAS E & KIMBERLEE M  7190 CLEVELAND RD MIDDLETON MI 48856 | | | | | | | | | |
| 51-032-777-00 | 2014 | FRF | 339.95 | 122.38 | 13.60 | | | 30.00 | 505.93 |
| MIKULA DEBRA D   137 GRAFTON ALMA MI 48801 | | | | | | | | | |

02/21/2017 09:39 AM
BY: mthomas

DELINQUENT TAXES DUE FOR GRATIOT COUNTY
Tax Year: 2014 Calculated as of: 02/21/2017 Exclude Personal Property
Foreclosed Taxes EXCLUDED

DB: Real

| Parcel | Year Status | Base Tax | Intrst | Admin | Oct Fee/ Sale Exp | Title Srch | Other Fees | Total |
|--------|-------------|----------|--------|-------|-------------------|------------|------------|-------|
| 51-032-779-00 | 2014 FRF | 1,967.31 | 708.23 | 78.69 | 15.00 | 175.00 | 147.00 | 3,091.23 |
| FOX THOMAS A  3445 N RICH RD PO BOX 301 ALMA MI 48801 | | | | | | | | |
| 51-032-796-00 | 2014 FRF | 417.59 | 150.33 | 16.70 | 15.00 | 175.00 | 147.00 | 921.62 |
| VANHOOSE DOUGLAS E & KIMBERLEE M  7190 CLEVELAND RD MIDDLETON MI 48856 | | | | | | | | |
| 51-032-821-00 | 2014 FRF | 373.00 | 134.28 | 14.92 | 15.00 | 175.00 | 147.00 | 859.20 |
| NOEL KEVIN MATHEW  1033 FAIRVIEW AVE ALMA MI 48801-1224 | | | | | | | | |
| 51-034-029-00 | 2014 FRF | 1,985.00 | 714.60 | 79.40 | 15.00 | 175.00 | 147.00 | 3,116.00 |
| SPRINGHILL HOMES LLC  GUY EYAL PO BOX 4037 EAST LANSING MI 48826 | | | | | | | | |
| 51-034-587-02 | 2014 FRF | 1,177.37 | 423.85 | 47.09 | 15.00 | 175.00 | 147.00 | 1,985.31 |
| HULBERT TINA  318 HILLSDALE ST ALMA MI 48801 | | | | | | | | |
| 51-342-874-00 | 2014 FRF | 19.71 | 7.10 | 1.00 | | | 80.00 | 107.81 |
| DOAN TAMMY A  3425 N RICH ROAD ALMA MI 48801 | | | | | | | | |
| 51-343-001-00 | 2014 FRF | 1,150.28 | 414.10 | 46.01 | 15.00 | 175.00 | 147.00 | 1,947.39 |
| JEWELL BETTY LUE  918 PINE ALMA MI 48801 | | | | | | | | |
| 51-343-121-00 | 2014 FRF | 764.83 | 275.34 | 30.59 | 15.00 | 175.00 | 147.00 | 1,407.76 |
| ULRICH ROBERT ANTHONY  713 EUCLID ALMA MI 48801 | | | | | | | | |
| 51-343-122-00 | 2014 FRF | 449.25 | 161.73 | 17.97 | 15.00 | 175.00 | 147.00 | 965.95 |
| BETTS LINDA MARY  125 ELWELL ST ALMA MI 48801 | | | | | | | | |
| 51-343-511-10 | 2014 FRF | 3,270.77 | 1,177.47 | 130.83 | 15.00 | 175.00 | 147.00 | 4,916.07 |
| 721 E SUPERIOR LLC SAIED ZABETIAN 23090 HALSTED RD 113 FARMINGTON MI 48335 | | | | | | | | |
| 51-344-062-00 | 2014 FRF | 5,149.09 | 1,853.67 | 205.96 | 15.00 | 175.00 | 147.00 | 7,545.72 |
| HEIMBERGER BRIAN J & KIM B  2623 N BEGOLE RD ALMA MI 48801 | | | | | | | | |
| 51-344-759-00 | 2014 FRF | 45.84 | 16.50 | 1.83 | 15.00 | 175.00 | 147.00 | 401.17 |
| WRIGHT MANSION LLC KURT WASSENAAR 258 BLUE SPRINGS LANE CHARLOTTESVILLE VA 22903 | | | | | | | | |
| 51-354-262-00 | 2014 FRF | 350.23 | 126.09 | 14.01 | 15.00 | 175.00 | 147.00 | 827.33 |
| CURTISS THOMAS JR  9070 E RIVER RD MOUNT PLEASANT MI 48858 | | | | | | | | |
| 51-354-304-00 | 2014 FRF | 2,083.34 | 750.00 | 83.33 | 15.00 | 175.00 | 147.00 | 3,253.67 |
| HOLLIDAY WILLIAM JR. & HEATHER  4721 W JACKSON RD ALMA MI 48801 | | | | | | | | |
| 51-354-757-00 | 2014 FRF | 494.84 | 178.14 | 19.79 | | | 80.00 | 772.77 |
| MCCORMICK KEVIN E & NAOMI C  612 BRIDGE ALMA MI 48801 | | | | | | | | |
| 51-354-800-00 | 2014 FRF | 1,361.16 | 490.02 | 54.45 | 15.00 | 175.00 | 147.00 | 2,242.63 |
| SPRINGHILL HOMES LLC  GUY EYAL PO BOX 4037 EAST LANSING MI 48826 | | | | | | | | |
| 51-970-016-13 | 2014 FRF | 1,239.95 | 446.38 | 49.60 | 15.00 | 175.00 | 60.00 | 1,985.93 |
| WRIGHT MANSION LLC  KURT WASSENAAR 258 BLUE SPRINGS LANE CHARLOTTESVILLE VA 22903 | | | | | | | | |
| 51-971-016-13 | 2014 FRF | 110.09 | 39.63 | 4.40 | 15.00 | 175.00 | 60.00 | 404.12 |
| WRIGHT MANSION LLC  KURT WASSENAAR 258 BLUE SPRINGS LANE CHARLOTTESVILLE VA 22903 | | | | | | | | |
| 52-050-029-07 | 2014 FRF | 5,592.04 | 2,013.13 | 223.68 | 15.00 | 175.00 | 147.00 | 8,165.85 |
| BUECHE MARTIN & ANNE  4731 OLMSTEAD RD IONIA MI 48846-9748 | | | | | | | | |
| 52-070-029-20 | 2014 FRF | 742.71 | 267.38 | 29.71 | | | 30.00 | 1,069.80 |
| BEARD RENEE  975 S JEROME RD ITHACA MI 48847 | | | | | | | | |
| 52-103-002-00 | 2014 FRF | 850.97 | 306.35 | 34.04 | 15.00 | 175.00 | 147.00 | 1,528.36 |
| RYKERT JOHN E  528 E EMERSON ST ITHACA MI 48847 | | | | | | | | |
| 52-155-005-00 | 2014 FRF | 1,319.16 | 474.90 | 52.77 | 15.00 | 175.00 | 147.00 | 2,183.83 |
| WILLIAMS DALE E  708 E SOUTH ST ITHACA MI 48847 | | | | | | | | |
| 52-403-005-00 | 2014 FRF | 1,263.69 | 454.93 | 50.55 | 15.00 | 175.00 | 147.00 | 2,106.17 |
| EVANS TERRY L & PATRICIA A  120 N ST JOHNS ST ITHACA MI 48847 | | | | | | | | |
| 52-502-007-00 | 2014 FRF | 1,663.05 | 598.70 | 66.52 | 15.00 | 175.00 | 147.00 | 2,665.27 |
| RHYNARD JON L  4880 W MONROE RD ALMA MI 48801 | | | | | | | | |
| 52-555-026-00 | 2014 FRF | 868.99 | 312.84 | 34.76 | 15.00 | 175.00 | 147.00 | 1,553.59 |
| SYCH GARY L  216 W WASHINGTON COLEMAN MI 48618 | | | | | | | | |
| 52-558-001-10 | 2014 FRF | 849.11 | 305.68 | 33.96 | | | 30.00 | 1,218.75 |
| WILLIAMS DALE EUGENE & MARY ANN  708 E SOUTH ST ITHACA MI 48847 | | | | | | | | |

Case 1:19-cv-11887-TLL-PTM ECF No. 1-2, PageID.32 Filed 06/25/19 Page 10 of 37

| Parcel | Year Status | Base Tax | Intrst | Admin | Oct Fee/ Sale Exp | Title Srch | Other Fees | Total |
|--------|-------------|----------|--------|-------|-------------------|------------|------------|-------|
| 52-558-001-20 | 2014 FRF | 1,696.24 | 610.65 | 67.85 | 15.00 | 175.00 | 147.00 | 2,711.74 |
| WILLIAMS DALE EUGENE & MARY ANN   708 E SOUTH ST ITHACA MI 48847 | | | | | | | | |
| 52-558-001-30 | 2014 FRF | 1,646.82 | 592.86 | 65.87 | 15.00 | 175.00 | 147.00 | 2,642.55 |
| WILLIAMS DALE EUGENE & MARY ANN   708 E SOUTH ST ITHACA MI 48847 | | | | | | | | |
| 52-655-076-00 | 2014 FRF | 1,897.46 | 683.09 | 75.90 | 15.00 | 175.00 | 147.00 | 2,993.45 |
| HEIMBERGER BRIAN   2623 N BEGOLE RD ALMA MI 48801 | | | | | | | | |
| 52-655-090-00 | 2014 FRF | 640.47 | 230.57 | 25.62 | 15.00 | 175.00 | 147.00 | 1,233.66 |
| KINKEAD LAWRENCE R & MARY M   229 E EMERSON ST., APT 2 ITHACA MI 48847 | | | | | | | | |
| 52-655-093-00 | 2014 FRF | 70.26 | 25.29 | 2.81 | 15.00 | 175.00 | 147.00 | 435.36 |
| KINKEAD LAWRENCE R & MARY M   229 E EMERSON ST., APT 2 ITHACA MI 48847- | | | | | | | | |
| 52-663-057-80 | 2014 FRF | 1,301.00 | 468.36 | 52.04 | 15.00 | 175.00 | 147.00 | 2,158.40 |
| BOSLEY JOSEPH W   221 S ST JOHNS STREET ITHACA MI 48847 | | | | | | | | |
| 52-702-002-00 | 2014 FRF | 2,163.21 | 778.76 | 86.53 | 15.00 | 175.00 | 147.00 | 3,365.50 |
| VENTOCILLA SAMUEL STEPHEN   1115 ROSE AVE BIG RAPIDS MI 49307 | | | | | | | | |
| 53-010-017-00 | 2014 FRF | 483.55 | 174.08 | 19.34 | 15.00 | 175.00 | 147.00 | 1,013.97 |
| PEACOCK JEANNE & MILFORD   310 N DELAWARE ST SAINT LOUIS MI 48880 | | | | | | | | |
| 53-010-049-00 | 2014 FRF | 3,372.80 | 1,214.21 | 134.91 | 15.00 | 175.00 | 147.00 | 5,058.92 |
| KOLAR DONNA L   4374 RIVERVIEW DRIVE ALMA MI 48801 | | | | | | | | |
| 53-010-114-00 W/H | 2014 FRF | 5,458.34 | 1,965.00 | 218.33 | 15.00 | 175.00 | 147.00 | 7,978.67 |
| GOLDEN BOYS, LLC   130 W NORTH AVENUE CHICAGO IL 60610 | | | | | | | | |
| 53-010-117-10 W/H | 2014 FRF | 214.56 | 77.24 | 8.58 | 15.00 | 175.00 | 147.00 | 637.38 |
| GOLDEN BOYS, LLC   130 W NORTH AVENUE CHICAGO IL 60610 | | | | | | | | |
| 53-010-229-00 | 2014 FRF | 19.70 | 7.09 | 1.00 | | | 80.00 | 107.79 |
| DOAN TAMMY A   3425 N RICH RD ALMA MI 48801 | | | | | | | | |
| 53-010-366-00 | 2014 FRF | 681.44 | 245.32 | 27.26 | 15.00 | 175.00 | 147.00 | 1,291.02 |
| SMITH LYNETTE   535 CORINTH ST SAINT LOUIS MI 48880 | | | | | | | | |
| 53-100-024-00 | 2014 FRF | 254.28 | 91.54 | 10.17 | 15.00 | 175.00 | 147.00 | 692.99 |
| FOX THOMAS   3445 N RICH RD PO BOX 301 ALMA MI 48801 | | | | | | | | |
| 53-100-034-00 | 2014 FRF | 2,321.49 | 835.74 | 92.86 | 15.00 | 175.00 | 147.00 | 3,587.09 |
| WILSON BRUCE & PAMELA   406 S MILL ST SAINT LOUIS MI 48880 | | | | | | | | |
| 53-100-035-00 | 2014 FRF | 349.20 | 125.71 | 13.97 | 15.00 | 175.00 | 147.00 | 825.88 |
| WILSON BRUCE & PAMELA   406 S MILL ST SAINT LOUIS MI 48880 | | | | | | | | |
| 53-100-040-00 | 2014 FRF | 741.05 | 266.78 | 29.64 | 15.00 | 175.00 | 147.00 | 1,374.47 |
| KOUTZ ALAN & LINDA   201 CHESTNUT ST SAINT LOUIS MI 48880 | | | | | | | | |
| 53-100-062-00 | 2014 FRF | 1,252.05 | 450.74 | 50.08 | 15.00 | 175.00 | 147.00 | 2,089.87 |
| FOX THOMAS   3445 N RICH RD PO BOX 301 ALMA MI 48801 | | | | | | | | |
| 53-100-068-00 | 2014 FRF | 206.57 | 74.37 | 8.26 | 15.00 | 175.00 | 147.00 | 626.20 |
| FOX THOMAS POST RICHARD & BEVERLEE TH 3445 N RICH RD PO BOX 301 ALMA MI 48801 | | | | | | | | |
| 53-100-069-00 | 2014 FRF | 1,346.58 | 484.77 | 53.86 | 15.00 | 175.00 | 147.00 | 2,222.21 |
| FOX THOMAS POST RICHARD & BEVERLEE TH 3445 N RICH RD PO BOX 301 ALMA MI 48801 | | | | | | | | |
| 53-350-075-00 | 2014 FRF | 1,571.53 | 565.75 | 62.86 | 15.00 | 175.00 | 147.00 | 2,537.14 |
| COAST ANGELS LC FUND, LLC   7040 AVENIDA ENCINAS STE 104 CARLSBAD CA 92013 | | | | | | | | |
| 53-500-009-00 | 2014 FRF | 1,994.21 | 717.92 | 79.77 | 15.00 | 175.00 | 147.00 | 3,128.90 |
| S & R-ST LOUIS LLC   ROBERT & KATHLEEN BAILEY 502 W CENTER ST SAINT LOUIS MI 48880 | | | | | | | | |
| 53-500-031-00 | 2014 FRF | 1,281.95 | 461.50 | 51.28 | 15.00 | 175.00 | 147.00 | 2,131.73 |
| SPENCER BRANDI & PESKA WILLIAM   212 BANKSON STREET SAINT LOUIS MI 48880 | | | | | | | | |
| 53-500-115-00 | 2014 FRF | 982.20 | 353.59 | 39.29 | 15.00 | 175.00 | 147.00 | 1,712.08 |
| FUENTES JOE & JOANNA   1560 E LINCOLN RD SAINT LOUIS MI 48880 | | | | | | | | |
| 53-650-002-00 | 2014 FRF | 850.66 | 306.24 | 34.03 | 15.00 | 175.00 | 147.00 | 1,527.93 |
| UPDEGRAFF RAY W   219 S CLINTON ST SAINT LOUIS MI 48880 | | | | | | | | |
| 53-650-044-00 | 2014 FRF | 1,793.06 | 645.50 | 71.72 | 15.00 | 175.00 | 147.00 | 2,847.28 |
| UPDEGRAFF JOSALYN   219 S CLINTON ST SAINT LOUIS MI 48880 | | | | | | | | |

BY: mthomas       Tax Year: 2014 Calculated as of: 02/21/2017 Exclude Personal Property    DB: Real
DELINQUENT TAXES DUE, FOR GRATIOT COUNTY
Foreclosed Taxes EXCLUDED

| Parcel | Year | Status | Base Tax | Intrst | Admin | Oct Fee/ Sale Exp | Title Srch | Other Fees | Total |
|---|---|---|---|---|---|---|---|---|---|
| 53-700-016-00 | 2014 | FRF | 322.55 | 116.12 | 12.90 | 15.00 | 175.00 | 147.00 | 788.57 |
| BRADY ROBERT M | 813 MICHIGAN AVE SAINT LOUIS MI 48880 | | | | | | | | |
| 53-700-020-00 | 2014 | FRF | 190.07 | 68.43 | 7.60 | 15.00 | 175.00 | 147.00 | 603.10 |
| BRADY ROBERT M | 813 MICHIGAN AVE SAINT LOUIS MI 48880 | | | | | | | | |
| 53-860-001-00 | 2014 | FRF | 17,599.53 | 6,335.83 | 703.98 | 15.00 | 175.00 | 147.00 | 24,976.34 |
| CRIPPEN MANUFACTURING COMPANY ATTN JIM BANDFIELD 400 WOODSIDE DRIVE SAINT LOUIS MI 48880 | | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2014 | 01 REAL | 7 | 3,766.22 | 1,355.83 | 150.64 | 30.00 | 490.00 | 718.00 | 6,510.69 |
| 2014 | 02 REAL | 3 | 4,293.78 | 1,545.76 | 171.75 | 45.00 | 525.00 | 441.00 | 7,022.29 |
| 2014 | 03 REAL | 1 | 570.99 | 205.56 | 22.84 | 15.00 | 175.00 | 147.00 | 1,136.39 |
| 2014 | 04 REAL | 5 | 5,642.77 | 2,031.40 | 225.71 | 74.91 | 875.00 | 735.00 | 9,584.79 |
| 2014 | 05 REAL | 14 | 11,636.20 | 4,189.04 | 465.68 | 120.00 | 1,539.52 | 1,680.00 | 19,630.44 |
| 2014 | 06 REAL | 1 | 454.75 | 163.71 | 18.19 | | 11.34 | 147.00 | 794.99 |
| 2014 | 07 REAL | 2 | 1,653.71 | 595.34 | 66.15 | 30.00 | 350.00 | 294.00 | 2,989.20 |
| 2014 | 09 REAL | 3 | 3,592.68 | 1,293.38 | 143.71 | 45.00 | 525.00 | 441.00 | 6,040.77 |
| 2014 | 10 REAL | 1 | 950.76 | 342.27 | 38.03 | 15.00 | 175.00 | 147.00 | 1,668.06 |
| 2014 | 11 REAL | 7 | 5,040.68 | 1,814.64 | 202.44 | 90.00 | 1,050.00 | 895.00 | 9,092.76 |
| 2014 | 12 REAL | 1 | 859.07 | 309.27 | 34.36 | 15.00 | 175.00 | 147.00 | 1,539.70 |
| 2014 | 13 REAL | 14 | 9,847.76 | 3,545.20 | 395.27 | 180.00 | 2,100.00 | 1,787.00 | 17,855.23 |
| 2014 | 14 REAL | 9 | 6,542.15 | 2,255.82 | 261.68 | 105.00 | 1,225.00 | 1,139.00 | 11,528.65 |
| 2014 | 16 REAL | 9 | 6,924.45 | 2,492.81 | 277.89 | 60.00 | 875.00 | 905.00 | 11,535.15 |
| 2014 | 41 REAL | 3 | 4,937.28 | 1,777.43 | 197.49 | 45.00 | 525.00 | 441.00 | 7,923.20 |
| 2014 | 42 REAL | 5 | 6,466.35 | 2,327.88 | 258.66 | 45.00 | 525.00 | 581.00 | 10,203.89 |
| 2014 | 43 REAL | 2 | 1,508.16 | 542.93 | 60.32 | 30.00 | 350.00 | 294.00 | 2,785.41 |
| 2014 | 51 REAL | 35 | 37,423.68 | 13,472.50 | 1,497.13 | 450.00 | 5,340.00 | 4,603.00 | 62,786.31 |
| 2014 | 52 REAL | 15 | 22,565.18 | 8,123.49 | 902.61 | 195.00 | 2,275.00 | 1,971.00 | 36,032.28 |
| 2014 | 53 REAL | 22 | 43,287.37 | 15,583.47 | 1,731.69 | 315.00 | 3,675.00 | 3,167.00 | 67,759.53 |
| 2014 REAL/OTHER | | 159 147 | 177,963.99 | 63,967.73 | 7,122.24 | 1,904.91 | 22,780.86 | 20,680.00 | 294,419.73 |
| DLQ PARCEL COUNT: | | 159 147 | 177,963.99 | 63,967.73 | 7,122.24 | 1,904.91 | 22,780.86 | 20,680.00 | 294,419.73 |

## FORFEITURES WITHHELD FROM FORECLOSURE

### 2016 Forfeiture

| Parcel | Forf. Year | Forf. Status | Reason Withheld |
|--------|-----------|--------------|-----------------|
| 01-017-017-00 | 2016 | Forfeited | SHOWCAUSE EXTENSION GRANTED |
| 02-018-046-01 | 2016 | Forfeited | STEP FORWARD PAYING |
| 07-016-013-10 | 2016 | Forfeited | SHOWCAUSE EXTENSION GRANTED |
| 11-015-029-00 | 2016 | Forfeited | SHOWCAUSE EXTENSION GRANTED |
| 11-032-012-00 | 2016 | Forfeited | BANKRUPT |
| 13-650-003-60 | 2016 | Forfeited | TITLE SEARCH/SALE NOT ENTERED. |
| 42-301-004-00 | 2016 | Forfeited | SHOWCAUSE EXTENSION GRANTED |
| 51-343-001-00 | 2016 | Forfeited | EXTENSION GRANTED |
| 51-970-010-13 | 2016 | Forfeited | PERSONAL PROPERTY |
| 51-971-010-13 | 2016 | Forfeited | PERSONAL PROPERTY |
| 53-010-114-00 | 2016 | Forfeited | IN RECEIVERSHIP |
| 53-010-117-10 | 2016 | Forfeited | IN RECEIVERSHIP |

# AFFIDAVIT OF PUBLICATION

STATE OF MICHIGAN,

County of Gratiot, ss.

In the matter of Notice of Show Cause Hearing and Judicial Foreclosure Hearing for Non-Payment of Property Taxes

_____Thomas P. MacDonald_____, being duly sworn, deposes and says that he is the publisher of the

## *Gratiot County Herald*

a newspaper published in the English language for the dissemination of local or transmitted news and intelligence of a general character and legal news, which is a duly qualified newspaper, and that annexed hereto is a copy of a certain order taken from said newspaper, in which the order was published.

Jan. 12 20 17    Jan. 19 20 17

_____ 20____    _____ 20____

_____ 20____    _____ 20____

Signed: _____

Sworn to and subscribed before me, a Notary Public

in and for Gratiot County, Michigan, this 19th

day of _____Janaury_____ 20 17

DeAnna Lynn Coffin

My commission expires____ May 3, 2017

DeAnna Lynn Coffin
Notary Public, Gratiot County, MI
My Commission Expires May 3, 2017

**PRINTER'S BILL**  400 inch display adv.

PAGE 13    Reprints

Folios _____    Times    $_____

**Michelle Thomas**  
**Gratiot County Treasurer**  
**214 E. Center St.**  
**P.O. Box 17**  
**Ithaca, Mi 48847**  
**989-875-5220**

**Case # 16-0111-CH**

## NOTICE OF SHOW CAUSE HEARING AND JUDICIAL FORECLOSING HEARING FOR NON-PAYMENT OF PROPERTY TAXES.

On March 1, 2016 real estate with unpaid 2014 property taxes were forfeited to the Gratiot County Treasurer pursuant to the General Property Tax Act, Public Act 206, MCL 211.1 to 211.157, as amended.  This publication is required by Michigan Statue even if the party no longer claims or desires to hold an interest in the property.

The purpose of this notice is to inform any person with an interest in the property that they may lose their interest in the property as a result of the Judicial Foreclosure Hearing on the date, time and place indicated below.

**Gratiot County Show Cause Hearing:**
Date:      January 24, 2017 Time: 9:00 a.m.
Location:  Gratiot County Courthouse
Commissioners Room
214 E. Center St.
Ithaca, Mi 48847

The purpose of the hearing is to allow an owner or any person with an interest in the property to show cause why absolute title to the property forfeited to the Gratiot County Treasurer on March 1, 2016 should not vest in the Gratiot County Treasurer.  An owner or any person with an interest may appear at the hearing and redeem that property or show cause why absolute title to the property should not vest in the Gratiot County Treasurer for any reasons set forth in Section 78k(2).

**Judicial Foreclosure Hearing:**
Date:         February 21, 2017 Time: 11:00 a.m.
Location:   Gratiot County Courthouse
Circuit Court
214 E. Center St.
Ithaca, Mi 48847

The purpose of the hearing is to allow a person claiming an interest in the parcel of property set forth in the petition for foreclosure who desires to contest that petition to file written objections with the clerk of Circuit Court and serve those objections on the Gratiot County Treasurer or redeem the parcel of property from forfeiture.  **If the property is not redeemed on or before March 31, 2017, title to the property will vest solely in the Gratiot County Treasurer.**

PAGE: 14

The following list represents parties that **appear** to have title, lien or other apparent rights to the parcels being foreclosed by the Gratiot County Treasurer. Listing a party does **NOT** necessarily indicate that they are liable for the property taxes. This is **NOT** an offering of property for sale. These parcels are not being sold, auctioned or otherwise made available by virtue of this notice. There is no procedure for purchasing these parcels from the Gratiot County Treasurer at this point in the foreclosure process. If any of the following parcels do become foreclosed upon, they may become available for purchase at public auction in August and/or September 2017. **These parcels remain the property of their current owner until redemptions rights have expired. No party should make an attempt to inspect or enter these parcels prior to foreclosure.** Doing so would constitute trespassing and the offender would be subject to criminal prosecution. The street address of the parcels listed is based on local records and is not guaranteed to be the actual location of the property.

**The amount due, as listed, indicates the balance due for only the 2014 taxes as of January 31, 2017.** There may be additional years delinquent. Please contact the Gratiot County Treasurers office for the current amount to redeem.

PAGE: 15

# COUNTY OF GRATIOT

## NOTICE OF SHOW CAUSE HEARING AND
## JUDICIAL FORECLOSURE HEARING

---

**Parcel ID#:**  01-009-008-10          **Amount to Redeem as of 01/31/2017**          1,232.99

**Property Address:**  4481 N ALGER RD ALMA MI

**The following parties may have an interest in this property:**

WOOD KATHLEEN M

DESCRIPTION OF PROPERTY: A PARCEL IN NE COR OF N 1/2 OF SE 1/4, BEING 435.60 FT E & W BY 200 FT N & S &  SUBJECT TO A 30 FT EASEMENT FOR INGRESS & EGRESS ALG N PROPERTY LINE, SEC        9-11-3. 2 A. . SPLIT FOR 2003 OF 009-008-00

---

**Parcel ID#:**  01-018-005-00          **Amount to Redeem as of 01/31/2017**          1,509.76

**Property Address:**  3496 N RICH RD ALMA MI

**The following parties may have an interest in this property:**

FOX THOMAS A

DESCRIPTION OF PROPERTY: COM 420 FT N OF SW COR OF NW 1/4, TH E 240 FT, N 363 FT, W 240 FT, S 363 FT TO  POB, SEC 18 -11-3. 2 A.

---

**Parcel ID#:**  01-020-005-00          **Amount to Redeem as of 01/31/2017**          2,099.79

**Property Address:**  2771 N LUCE RD ALMA MI

**The following parties may have an interest in this property:**

REBECCA FAWCETT

GARCIA ANDRES M & REBECCA FAWCETT

US BANK NATIONAL ASSOCIATION

DESCRIPTION OF PROPERTY: WD L 560 P 648 COM 69 RDS 12 FT 3 IN S OF NE COR, TH W 40 RDS, S 20 RDS, E 40   RDS, N 20 RDS TO BEG EX COM 69 RDS 12 FT 3 IN S OF NE COR OF SEC, TH S 77 FT, W 34 1/4 RDS, N 77 FT, E 34 1/4 RDS TO BEG, SEC 20-11-3. 4 A.

---

**Parcel ID#:**  01-020-022-00          **Amount to Redeem as of 01/31/2017**          879.00

**Property Address:**  N LUCE (2000) RD ALMA MI

**The following parties may have an interest in this property:**

BARBER WILMER & KATHRYN

DESCRIPTION OF PROPERTY: COM 20 RDS S OF NE COR OF SEC, TH W 528 FT, S 42 FT, W 132 FT, S 94  FT, E TO    CENTER OF RD, N 136 FT TO BEG, SEC 20-11-3.

---

**Parcel ID#:**  01-020-039-00          **Amount to Redeem as of 01/31/2017**          680.13

**Property Address:**  2556 N ELY HWY ALMA MI

**The following parties may have an interest in this property:**

HUNT JOSHUA L

DESCRIPTION OF PROPERTY: WD L 585 P 1091 THAT PART OF SE 1/4 OF NW 1/4 LYING E & S OF ELY HWY SEC        20-11-3. 1 A.

---

**Parcel ID#:**  01-034-017-30          **Amount to Redeem as of 01/31/2017**          761.52

**Property Address:**  133 PINE DR ITHACA MI

**The following parties may have an interest in this property:**

DITECH FINANCIAL LLC

COLBURN VAN H & CHERYL L

DESCRIPTION OF PROPERTY: WD L 557 P 1499 COM 1062.4 FT W & 642.50 FT N OF SE COR OF SEC, TH W 257.6 FT,  N 168.75 FT, E 257.6 FT, S 168.75 FT TO POB, SUBJECT TO EASEMENT DESC AS COM   240 FT E OF SW COR OF SE 1/4 OF SE 1/4, TH N 811.25 FT, E 33 FT, S 811.25 FT, W 33 FT TO POB, SEC 34-11-3. 1 A M/L. ARCADA TOWNSHIP, GRATIOT COUNTY

---

**Parcel ID#:**  02-004-002-00          **Amount to Redeem as of 01/31/2017**          2,246.84

**Property Address:**  11977 RIVERSIDE DR SAINT LOUIS MI

**The following parties may have an interest in this property:**

MICHIGAN DEPT OF TREASURY

JOHNSON DEBORAH A

DESCRIPTION OF PROPERTY: ASSNT OF LC L 561 P 1093 BEG AT INTERSECTION OF N SEC LINE WITH CENTERLINE OF   MIDLAND-ST LOUIS STATE RD, TH W 9 RDS 8 1/2 FT, S 10 RDS, E 9 RDS, N 10 RDS TO BEG, SEC 4-12-2. 0.50 A M/L. BETHANY

---

**Parcel ID#:** 02-018-012-00     **Amount to Redeem as of 01/31/2017**     1,585.63

**Property Address:** 9061 RIVERSIDE DR SAINT LOUIS MI

**The following parties may have an interest in this property:**

CHEMICAL BANK

BRYAN BAILEY

BAXTER BENJAMIN E & JAIME L

DESCRIPTION OF PROPERTY: COM 224 FT W & 207 FT N OF INT OF CL OF MIDLAND-ST LOUIS STATE RD & THE S SEC    LINE OF SEC 18, SE'LY IN A STRAIGHT LINE CROSSING THE CENTER LINE OF SD        MIDLAND-ST LOUIS STATE RD AT A PT 195 FT N OF S SEC LINE & CONTINUING IN SD        STRAIGHT LINE SE'LY TO E LINE OF W 1/2 OF SW 1/4, TH N ON SD E LINE OF SD W 1/2 OF SW 1/4 TO A PT 304 FT N OF S SEC LINE, TH W TO A PT DUE N OF PT OF BEG, TH S 97 FT TO BEG, BEING A PART OF S 60 A OF W 1/2 OF SW 1/4 OF SEC 18-12-2. BETHANY TWP., GRATIOT COUNTY.

---

**Parcel ID#:** 03-002-011-20     **Amount to Redeem as of 01/31/2017**     1,127.82

**Property Address:** S MAYWOOD RD

**The following parties may have an interest in this property:**

MINGE TIMOTHY LEE

DESCRIPTION OF PROPERTY: WD L 554 P 406 S 400 FT OF N 700 FT OF SE 1/4 OF NW FRL 1/4 EX THE E 450 FT, &  S 400 FT OF N 700 FT OF E 1/2 OF SW 1/4 OF NW FRL 1/4 LYING N'LY OF MAYWOOD RD, SEC 2-9-1. 11.63 A M/L. ELBA TWP., GRATIOT COUNTY.

---

**Parcel ID#:** 03-300-074-00     **Amount to Redeem as of 01/31/2017**     1,140.95

**Property Address:** 112 HANVEY ST

**The following parties may have an interest in this property:**

JACOBS WILLIAM

DESCRIPTION OF PROPERTY: VILLAGE OF BANNISTER LOT 7 EX E 17 FT OF N 1/2 OF LOT 7, BLOCK 19. ELBA TWP.,    GRATIOT COUNTY.

---

**Parcel ID#:** 04-001-004-20     **Amount to Redeem as of 01/31/2017**     2,002.33

**Property Address:** 5564 N BLAIR RD

**The following parties may have an interest in this property:**

MURPHY KEVIN & SHERI

DESCRIPTION OF PROPERTY: COM 2260 FT S OF NW COR OF SEC, TH S 230 FT, E 286 FT, N 230 FT, W 286 FT TO     POB, SEC 1-11-2. 1.51 A M/L. EMERSON TWP., GRATIOT COUNTY. SPLIT FOR 2004 OF    001-004-00

---

**Parcel ID#:** 04-005-012-02     **Amount to Redeem as of 01/31/2017**     1,482.42

**Property Address:** 5183 N ROYCE RD

**The following parties may have an interest in this property:**

MICHIGAN TREASURY

CARSON RICHARD

DESCRIPTION OF PROPERTY: WD L 451 P 296 COM 665 FT N OF SE COR OF SEC, TH W 626.13 FT, N 417.42 FT, E    626.13 FT, S 417.62 FT TO POB, SEC 5-11-2. 6 A. EMERSON TWP., GRATIOT COUNTY.  SPLIT FOR 2002 OF 005-012-00 SPLIT ON 02/25/2007 INTO 04-005-012-02,        04-005-012-20;

---

**Parcel ID#:** 04-005-012-20     **Amount to Redeem as of 01/31/2017**     2,345.99

**Property Address:** 5219 N ROYCE RD

**The following parties may have an interest in this property:**

WILSON STACIE

DESCRIPTION OF PROPERTY: WD L 821 PG 1342 A PARCEL DESCRIBED AS PART OF THE EAST 1/2 OF THE SOUTHWEST    1/4 OF THE FRACTIONAL SEC 5, T11N-R2W EMERSON TWP. GRATIOTCOUNTY, COMMENCING AT THE SOUTH 1/4 CORNER OF SEC, THENCE NORTH 1082.42 FT TO THE POINT OF BEGINNING  THENCE WEST 626.13 FT, NORTH 208.71 FT, EAST 626.13 FT, SOUTH 208.71 FT TO POB. 3 A. EMERSON TWP., GRATIOT COUNTY. SPLIT FOR 2002 OF 005-012-00 SPLIT ON      02/25/2007 FROM 04-005-012-01;

---

**Parcel ID#:** 04-006-027-00     **Amount to Redeem as of 01/31/2017**     1,528.57

**Property Address:** 245 E VAN BUREN RD

**The following parties may have an interest in this property:**

JOHN VAN DEMARK

JEFFREY VAN DEMARK

VAN DEMARK JULIE

PAGE: 17

BROWNING JAYNE

VAN DEMARK BERNARD

DESCRIPTION OF PROPERTY: COM 26 RDS E OF SW COR OF SEC, TH E 20 RDS, N 16 RDS, W 20 RDS, S 16 RDS TO BEG SEC 6-11-2. 2 A. EMERSON TWP., GRATIOT COUNTY.

---

**Parcel ID#:  04-018-012-10**          **Amount to Redeem as of 01/31/2017**          2,461.19
**Property Address:  3904 N UNION RD**
**The following parties may have an interest in this property:**
ARGO REALITY CO

RONALD TAYLOR WILSON

DESCRIPTION OF PROPERTY: WD L 485 P 96 COM AT SE COR OF N 1/2 OF NW 1/4, TH W APPROX 1,000 FT TO W       PROPERTY LINE ON UNION RD, N 440 FT, E 1,000 FT, S 440 FT TO BEG, EX A PARCEL   IN NW COR 220 FT N & S BY 198 FT E & W, SEC 18-11-2. 9.10 A M/L. EMERSON       TOWNSHIP, GRATIOT COUNTY

---

**Parcel ID#:  04-035-005-00**          **Amount to Redeem as of 01/31/2017**          1,162.08
**Property Address:  4104 E ST CHARLES RD**
**The following parties may have an interest in this property:**
BLACKMON, BETSY COX

COX NICHOLAS

DESCRIPTION OF PROPERTY: WD L 566 P 1146 COM AT A PT 460 FT E OF NW COR OF SEC, TH S 190 FT, E 230 FT, N 190 FT, W 230 FT TO POB, SEC 35-11-2. 1 A. EMERSON TWP., GRATIOT COUNTY.

---

**Parcel ID#:  05-007-071-00**          **Amount to Redeem as of 01/31/2017**          1,570.05
**Property Address:  317 HOWELL ST**
**The following parties may have an interest in this property:**
GUERNSEY STEVEN D

DESCRIPTION OF PROPERTY: LC L 842 P 1293 DEED L 842 P 92 1/2 OF E 2 A OF S 1/2 OF SW 1/4 OF NW 1/4 OF SE 1/4, ALSO COM 60 RDS S & 24 RDS E OF CENTER OF SEC, TH S 20 RDS, W 40 FT, N 20  RDS, E 40 FT TO BEG, SEC 7-9-3. FULTON TWP., GRATIOT COUNTY.

---

**Parcel ID#:  05-007-077-00**          **Amount to Redeem as of 01/31/2017**          1,475.47
**Property Address:  220 S NEWTON ST MIDDLETON MI**
**The following parties may have an interest in this property:**
SNIDER LOU ANNE

DESCRIPTION OF PROPERTY: WD L 802 P 1451COM AT A PT 56 RDS S & 2 RDS W OF CENTER OF SEC 7, TH W 8 RDS, N 4 RDS, E 8 RDS S 4 RDS TO BEG, SEC 7-9-3. FULTON TWP., GRATIOT COUNTY.

---

**Parcel ID#:  05-017-003-00**          **Amount to Redeem as of 01/31/2017**          107.51
**Property Address:  4495 W CLEVELAND PERRINTON MI**
**The following parties may have an interest in this property:**
STILLMAN LAW OFFICE

HENSLEY JOHNIE RAY & TAMARA L

DESCRIPTION OF PROPERTY: COM 50 FT S OF NW COR OF N 1/2 OF NE 1/4, TH S 295.5 FT, E 295.5 FT, N 295.5 FT W 295.5 FT TO POB, SEC 17-9-3. 2 A. FULTON TWP., GRATIOT COUNTY.

---

**Parcel ID#:  05-110-010-00**          **Amount to Redeem as of 01/31/2017**          1,563.27
**Property Address:  102 N NEWTON ST MIDDLETON MI**
**The following parties may have an interest in this property:**
JAMES COOK

COOK JAMES

VOGEL PAMELA

DESCRIPTION OF PROPERTY: VILLAGE OF MIDDLETON LOTS 10 & 11, BLOCK 10. FULTON TWP., GRATIOT COUNTY.

---

**Parcel ID#:  05-116-003-01**          **Amount to Redeem as of 01/31/2017**          3,288.71
**Property Address:  211 E ELM ST MIDDLETON MI**
**The following parties may have an interest in this property:**
MICHIGAN DEPT OF TREASURY COLLECTIO

CLAEYS MICHAEL RAY

PAGE: 18

DESCRIPTION OF PROPERTY: VILLAGE OF MIDDLETON LOTS 3 & 4, S 1/2 OF LOT 2, BLOCK 16. FULTON TWP., GRATIOT COUNTY. SPLIT FOR 2002 OF 116-001-00 & ALL OF 116-003-00

---

**Parcel ID#:** 05-220-044-00      **Amount to Redeem as of 01/31/2017**     1,906.75
**Property Address:** 103 THIRD ST POMPEII MI
The following parties may have an interest in this property:
MICH STATE HOUSING DEV AUTHORITY
KIRT JOHNATHAN
DESCRIPTION OF PROPERTY: WD L 848 P 1218 SD L 836 P 1298 POMPEII LOTS 44 & 45. FULTON TWP., GRATIOT    COUNTY.

---

**Parcel ID#:** 05-220-078-00      **Amount to Redeem as of 01/31/2017**     2,282.99
**Property Address:** 115 W BURTON ST POMPEII MI
The following parties may have an interest in this property:
DANFORD HEIDI
DESCRIPTION OF PROPERTY: CD L 917 P 1353 SD L 899 P 1293 POMPEII LOT 78 EX S 44 FT & ALL OF LOT 79.     FULTON TWP., GRATIOT COUNTY.

---

**Parcel ID#:** 05-220-093-00      **Amount to Redeem as of 01/31/2017**     2,271.71
**Property Address:** 326 W BURTON ST POMPEII MI
The following parties may have an interest in this property:
SANDOVAL MAURICIO & MARIA
COVARRUBIAS ANDREA
PANNILL DENNIS L
SANDOVAL ROBERTO & ANDREA
DESCRIPTION OF PROPERTY: WD L 844 P 1448 POMPEII LOT 93 & W 1/2 OF LOT 94. FULTON TWP., GRATIOT COUNTY.

---

**Parcel ID#:** 05-400-172-00      **Amount to Redeem as of 01/31/2017**     820.53
**Property Address:** RAINBOW LAKE RD
The following parties may have an interest in this property:
RAINBOW LAKES MAINT CORP
LIENERTH DANIEL M & HEATHER MCKENZI
DESCRIPTION OF PROPERTY: RAINBOW LAKE SUBDIVISION NO 3 LOT 172 & N 1/2 OF LOT 173. FULTON TWP., GRATIOT    COUNTY.

---

**Parcel ID#:** 05-640-022-00      **Amount to Redeem as of 01/31/2017**     829.21
**Property Address:** LAKEWOOD CT PERRINTON MI
The following parties may have an interest in this property:
RAINBOW LAKES MAINTENANCE CORP
WHITEHERSE LAURA R
DESCRIPTION OF PROPERTY: LITTLE RAINBOW LAKE SUB LOT 22. FULTON TWP., GRATIOT COUNTY.

---

**Parcel ID#:** 05-760-036-01      **Amount to Redeem as of 01/31/2017**     2,078.98
**Property Address:** 9946 HIGHLAND DR
The following parties may have an interest in this property:
BUSCEMI RICHARD & KERI
DESCRIPTION OF PROPERTY: CD L 910  P 1496 SD L 889 P M909 WD L 625 P 790 L 833 P 510 RAINBOW LAKE     HIGHLANDS LOTS 36, 37, & 38. FULTON TWP., GRATIOT COUNTY. FOR 2001 COMB     760-036-00, 760-037-00 & 760-038-00

---

**Parcel ID#:** 05-825-035-00      **Amount to Redeem as of 01/31/2017**     700.79
**Property Address:** LAKESIDE DR
The following parties may have an interest in this property:
EASLICK MICHAEL E
DESCRIPTION OF PROPERTY: WD L 832 P 1181 RAINBOW LAKE WEST SUB LOT 35. FULTON TWP., GRATIOT COUNTY

---

**Parcel ID#:** 05-825-353-00      **Amount to Redeem as of 01/31/2017**     1,007.46
**Property Address:** 10420 OAKRIDGE DR PERRINTON MI
The following parties may have an interest in this property:
CASSADY JAIME J & JAMEE D

DESCRIPTION OF PROPERTY: DEED L 894 P 814 WD L 447 P 1310 RAINBOW LAKE WEST SUB LOT 553. FULTON TWP., GRATIOT COUNTY.

---

**Parcel ID#:** 05-825-542-00     **Amount to Redeem as of 01/31/2017**     545.03

**Property Address:**

**The following parties may have an interest in this property:**

FEDEWA DAVID P

DESCRIPTION OF PROPERTY: DEED  L 894 P 814 WD L 447 P 1310 RAINBOW LAKE WEST SUB. LOT 542. FULTON TWP.,  GRATIOT COUNTY.

---

**Parcel ID#:** 06-035-011-00     **Amount to Redeem as of 01/31/2017**     1,339.26

**Property Address:** S WOODBRIDGE (5000) RD

**The following parties may have an interest in this property:**

GODFREY VICTORIA

GODFREY CHARLES & DAWN

DESCRIPTION OF PROPERTY: WD L 468 P 131 & DEED L 469 P 631 N 1/2 OF S 1/2 OF NW 1/4 EX COM 661.24 FT N  OF W 1/4 COR, TH N 300.62 FT, E 580 FT, S 300.31 FT, W 580 FT TO POB, SEC   35-10-1. 36 A. HAMILTON TWP., GRATIOT COUNTY.

---

**Parcel ID#:** 06-036-005-00     **Amount to Redeem as of 01/31/2017**     788.17

**Property Address:** S MASON (5000) RD

**The following parties may have an interest in this property:**

MAHONY EILEEN T

DESCRIPTION OF PROPERTY: S 1/2 OF NW 1/4 SEC 36 T10N R1W 80A

---

**Parcel ID#:** 07-024-002-00     **Amount to Redeem as of 01/31/2017**     1,160.26

**Property Address:** 2837 N MERIDIAN RD

**The following parties may have an interest in this property:**

RICKY TAYLOR

TAYLOR RICKY D & PEGGY L

DESCRIPTION OF PROPERTY: WD L 469 P 425 S 12 RDS OF E 13 RDS 9 1/2 FT OF NE 1/4 OF NW 1/4 OF NE 1/4.   SEC. 24-11-1. 1 A. LAFAYETTE TOWNSHIP, GRATIOT COUNTY

---

**Parcel ID#:** 09-007-016-10     **Amount to Redeem as of 01/31/2017**     1,705.59

**Property Address:** 11761 W HUMPHREY RD

**The following parties may have an interest in this property:**

DIANE HUMPHREY

WOLLET CARL & MELISSA

DESCRIPTION OF PROPERTY: COM 208.7 FT S OF NW COR OF W 1/2 OF NE 1/4 OF SW 1/4, TH E 417.4 FT, S 219.37  FT, W 417.4 FT, N 219.37 FT TO POB, SEC 7-10-4. 2.1 A M/L. NEW HAVEN TWP.,      GRATIOT COUNTY. SPLIT FOR 2001 FROM 2909-007-016 -00

---

**Parcel ID#:** 09-017-010-00     **Amount to Redeem as of 01/31/2017**     2,447.02

**Property Address:** 10315 W BUCHANAN RD

**The following parties may have an interest in this property:**

CRAIG HALL

HALL LLOYD ROBERT, JR & CAROL

DESCRIPTION OF PROPERTY: WD L 451 P 247 SW 1/4 OF SE 1/4 SEC. 17-10-4. 40 A. NEW HAVEN TWP., GRATIOT     COUNTY.

---

**Parcel ID#:** 09-020-006-00     **Amount to Redeem as of 01/31/2017**     1,834.25

**Property Address:** 10315 W BUCHANAN RD

**The following parties may have an interest in this property:**

HALL CRAIG

HALL LLOYD ROBERT, JR & CAROL

DESCRIPTION OF PROPERTY: E 1/4 OF NW 1/4 OF NE 1/4 & COM AT NW COR OF NE 1/4 OF NE 1/4, TH S 8 RDS (132  FT), E 20 RDS (330 FT), N 8 RDS, W 20 RDS TO POB, SEC 20-10-4. 11 A. NEW HAVEN  TWP., GRATIOT COUNTY.

---

**Parcel ID#:** 10-035-002-10     **Amount to Redeem as of 01/31/2017**     1,653.80

**Property Address:** 11280 S PINGREE RD PERRINTON MI

**The following parties may have an interest in this property:**

WISE STANLEY E & LOUELLA M

DESCRIPTION OF PROPERTY: DEED L 473 P 980 COM AT NE COR OF S 1/2 OF NE 1/4, TH N 87 DEG 20' W 842.1 FT,  S 2 DEG 45'
W 593 FT, N 64 DEG 06' E 302.8 FT ALG CO DRAIN, N 30 DEG 10' E      449.3 FT ALG CO DRAIN, S 87 DEG 20' E 370 FT, N
2 DEG 23' E 50 FT TO BEG, SEC   35-9-4. 6 A. NORTH SHADE TWP., GRATIOT COUNTY.  ROAD .01 A DITCH .4 A

---

**Parcel ID#:**  11-013-009-00      **Amount to Redeem as of 01/31/2017**     2,412.41

**Property Address:**  2498 S WISNER RD  MI

The following parties may have an interest in this property:

GINGRICH JOHN F & ANGELA S

FIRST AMERICAN REAL ESTATE TAX SERV

DESCRIPTION OF PROPERTY: WD L 596 P 417 COM 1637.80 FT S OF NE COR OF SEC, TH S 662 FT, W 423.61 FT TO   E'LY TOP OF
BANK OF #12 BAD RIVER DRN, TH N 24 DEG 30' 46" E ALG SD TOP OF BANK 395.37 FT, TH N 36 DEG 14' 22" E ALG SD TOP OF
BANK 369.16 FT, TH N 83 DEG 45'  35" E 41.59 FT TO POB, SEC 13-10-2. 3.8 A M/L.

---

**Parcel ID#:**  11-015-024-00      **Amount to Redeem as of 01/31/2017**     1,576.31

**Property Address:**  106 N MAIN ST  MI

The following parties may have an interest in this property:

BOHNETT WILLIAM

DESCRIPTION OF PROPERTY: WD L 587 P 241 COM 107 1/2 FT N OF SW COR OF SEC, TH E 10 RDS, N 57 1/2 FT, W   10 RDS, S
57 1/2 FT TO BEG, SEC 15-10-2. 0.22 A.

---

**Parcel ID#:**  11-022-006-00      **Amount to Redeem as of 01/31/2017**     536.75

**Property Address:**  E JOHNSON (3000) RD  MI

The following parties may have an interest in this property:

COOK ROBERT & JAMES COOK

DESCRIPTION OF PROPERTY: 13 1/2 RDS N & S BY 17 1/2 RDS E & W IN SE COR OF E 16 A OF SW 1/4 OF SW 1/4 EX E 6 RDS,
SEC 22-10-2. 0.97 A M/L.

---

**Parcel ID#:**  11-022-007-00      **Amount to Redeem as of 01/31/2017**     451.98

**Property Address:**  E JOHNSON (3000) RD  MI

The following parties may have an interest in this property:

COOK ROBERT & JAMES COOK

DESCRIPTION OF PROPERTY: CCM AT SE COR OF SW 1/4 OF SW 1/4, TH W 6 RDS, N 13 1/2 RDS, E 6 RDS, S 13 1/2  RDS TO BEG,
SEC 22-10-2. 0.50 A M/L.

---

**Parcel ID#:**  11-022-018-00      **Amount to Redeem as of 01/31/2017**     2,081.66

**Property Address:**  203 S MAIN ST  MI

The following parties may have an interest in this property:

ASHLEY  HARDY

MORRIS JASON & ASHLEY

DESCRIPTION OF PROPERTY: WD L 410 P 166 CCM 26 RDS S OF NW COR OF SEC, TH S 5 RDS 1 1/2 FT, E 363 FT, N  1 RD 1 1/2
FT, E 5.28 FT N 4 RDS, W 22 RDS 5.28 FT TO POB EX E 1 RD OF N 4 RDS, SEC 22-10-2. 0.70 A M/L.

---

**Parcel ID#:**  12-070-010-00      **Amount to Redeem as of 01/31/2017**     1,526.81

**Property Address:**  3926 W JEFFERSON RD ALMA MI

The following parties may have an interest in this property:

CHEMICAL BANK

KRANTZ DAWN MARIE

DESCRIPTION OF PROPERTY: VILLAGE OF FOREST HILL LOT 6 EX 4 FT OFF W SIDE BLOCK F.

---

**Parcel ID#:**  13-004-008-02      **Amount to Redeem as of 01/31/2017**     683.54

**Property Address:**  9944 PARKS RD

The following parties may have an interest in this property:

SMITH WILLIAM SHANE & HEATHER DAWN

DESCRIPTION OF PROPERTY: THE E 1/2 OF SE 1/4 OF SW 1/4 OF NW 1/4. SEC 4-12-4. 5.22 A  SPLIT FROM 008-01  IN 2007

Parcel ID#: 13-018-008-01     Amount to Redeem as of 01/31/2017     2,003.34

Property Address: N LUMBERJACK RD

The following parties may have an interest in this property:

CHEMICAL BANK

HANSEN TERRY

DESCRIPTION OF PROPERTY: WD L 543 P 1498 N 1/2 OF ALL THAT PART OF THE NW 1/4 OF NE 1/4 LYING ON E SIDE OF LUMBERJACK RD, EXCEPT COMMENCING AT THE NORTH 1/4 CORNER OF NE 1/4 THEN W 443.27' S 256.12, W 215', THEN SW 35', W 170' TH CENTER OF LUMBERJACK RD, NORTH 259.12' TO THE P.O.B SEC 18-12-4. SEVILLE TWP., GRATIOT COUNTY. Split on 03/21/2011 from 13-018-008-00; INTO 13-018-008-01 AND 13-018-008-10

Parcel ID#: 13-026-006-10     Amount to Redeem as of 01/31/2017     1,098.57

Property Address: 7706 N BLISS RD

The following parties may have an interest in this property:

FREED DONALD E

DESCRIPTION OF PROPERTY: WD L 463 P 1413 N 1/2 OF S 1/2 OF NW 1/4 EX 330 FT N & S BY 660 FT E & W IN NW COR OF SEC 26-12-4. 35 A. SEVILLE TWP., GRATIOT COUNTY.

Parcel ID#: 13-029-009-00     Amount to Redeem as of 01/31/2017     2,363.91

Property Address: 7896 N FERRIS RD

The following parties may have an interest in this property:

DEPARTMENT OF TREASURY

HOSKEY KELLY LOUISE

DESCRIPTION OF PROPERTY: WD L 608 P 1201 COM AT SE COR OF LOT 20 SCHNEPP PLAT, TH W 173 FT TO CENTER OF FERRIS RD, S 160 FT, E 173 FT, N 160 FT TO BEG, SEC 29-12-4. SEVILLE TWP., GRATIOT COUNTY.

Parcel ID#: 13-030-023-00     Amount to Redeem as of 01/31/2017     1,664.53

Property Address: 7013 N LUMBERJACK RD

The following parties may have an interest in this property:

ROSE PRESTON

DESCRIPTION OF PROPERTY: E 1/2 OF S 5 A OF SE 1/4 OF SW 1/4 SEC 30-12-4. 2.50 A. SEVILLE TWP., GRATIOT COUNTY.

Parcel ID#: 13-030-025-10     Amount to Redeem as of 01/31/2017     1,353.67

Property Address: 7260 NW COUNTY LINE RD RIVERDALE MI

The following parties may have an interest in this property:

BRUSH JAMES

DESCRIPTION OF PROPERTY: COM 20 RDS S OF NW COR OF SW 1/4 OF SW 1/4, TH S 20 RDS, E 16 RDS, N 20 RDS, W 16 RDS TO POB, SEC 30-12-4. 2 A. SEVILLE TWP., GRATIOT COUNTY.

Parcel ID#: 13-036-002-30     Amount to Redeem as of 01/31/2017     1,627.72

Property Address: N RICH (6000) RD

The following parties may have an interest in this property:

MCCREERY SCOTT T & JILL

DESCRIPTION OF PROPERTY: COM 64.20 FT N & 375 FT W OF E 1/4 COR OF SEC, TH W 536 FT, N 633.26 FT, E 536 FT, S 226 FT, E 375 FT, S 148.89 FT, W 375 FT, S 260.90 FT TO POB, SEC 36-12-4. 9.07 A M/L. SEVILLE TWP., GRATIOT COUNTY. FOR 2002 SPLIT FROM 036-002-20

Parcel ID#: 13-353-012-00     Amount to Redeem as of 01/31/2017     1,849.41

Property Address: 6515 PERE MARQUETTE ELWELL MI

The following parties may have an interest in this property:

THOMPSON ZACHARY & ASHLEY

DESCRIPTION OF PROPERTY: SUPERVISORS PLAT OF THE VILLAGE OF ELWELL, LOT 11 BLOCK 3 EX N 10 FT OF E 100 FT, ALSO W 67 FT OF LOT 12, BLOCK 3. SEVILLE TWP., GRATIOT COUNTY.

Parcel ID#: 13-404-001-00     Amount to Redeem as of 01/31/2017     2,311.90

Property Address: 6409 MILL ST

The following parties may have an interest in this property:

DITECH FINANCIAL LLC

MICHIGAN DEPT OF TREASURY

BEEBE DALE

DESCRIPTION OF PROPERTY: WD L 596 P 884 RIVERDALE, LOTS 1 THRU 5 INCL, BLK 4. SEVILLE TOWNSHIP, GRATIOT COUNTY

---

**Parcel ID#:** 13-404-006-00     **Amount to Redeem as of 01/31/2017**     1,140.34

**Property Address:** 6395 MILL ST

**The following parties may have an interest in this property:**

DITECH FINANCIAL LLC

MICHIGAN DEPT OF TREASURY

BEEBE DALE

DESCRIPTION OF PROPERTY: DEED L 596 P 886 RIVERDALE, LOTS 6-10 INCL, BLOCK 4. SEVILLE TOWNSHIP, GRATIOT COUNTY

---

**Parcel ID#:** 13-404-019-00     **Amount to Redeem as of 01/31/2017**     651.89

**Property Address:** N LUMBERJACK/3RD RD

**The following parties may have an interest in this property:**

CROOKS BRENDA

BETZER LINDA

BETZER DALE

DESCRIPTION OF PROPERTY: RIVERDALE, LOTS 19 & 20 EX N 46 1/2 FT OF LOT 20, BLOCK 4. SEVILLE TWP., GRATIOT COUNTY.

---

**Parcel ID#:** 13-406-003-00     **Amount to Redeem as of 01/31/2017**     40.07

**Property Address:** 6394 RIVER ST

**The following parties may have an interest in this property:**

FREDERICK MARKOVICH

ROBINSON CYNTHIA A

DESCRIPTION OF PROPERTY: DEED L 557 P 32 RIVERDALE, S 1/2 OF W 100 FT OF LOT 3 & W 100 FT OF LOT 4, BLOCK 6. SEVILLE TWP., GRATIOT COUNTY.

---

**Parcel ID#:** 13-414-003-00     **Amount to Redeem as of 01/31/2017**     654.83

**Property Address:** 6091 MILL ST

**The following parties may have an interest in this property:**

WINN PATRICK J

DESCRIPTION OF PROPERTY: RIVERDALE, LOT 3 BLOCK 14. SEVILLE TWP., GRATIOT COUNTY.

---

**Parcel ID#:** 13-601-027-00     **Amount to Redeem as of 01/31/2017**     538.37

**Property Address:** 6611 N LUMBERJACK RD RIVERDALE MI

**The following parties may have an interest in this property:**

BEEBE JANET

BEEBE DAVID M & SMITH DANIELLE S

DESCRIPTION OF PROPERTY: SUPERVISOR'S PLAT OF W A BRADLEY'S ADD TO RIVERDALE, LOTS 27, 28, & 29, BLK 1. SEVILLE TWP., GRATIOT COUNTY.

---

**Parcel ID#:** 14-002-009-00     **Amount to Redeem as of 01/31/2017**     1,788.13

**Property Address:** 7731 W LINCOLN RD ELWELL MI

**The following parties may have an interest in this property:**

DETZLER NICOLE

DESCRIPTION OF PROPERTY: WD L 574 P 527 COM 1512 FT E OF NW COR OF SEC, TH S 12.6 RDS, E 104 FT N 12.6 RDS, W 104 FT TO BEG, SEC 2-11-4. 0.50 A.

---

**Parcel ID#:** 14-004-008-00     **Amount to Redeem as of 01/31/2017**     1,287.72

**Property Address:** 9787 W LINCOLN RD MI

**The following parties may have an interest in this property:**

HOPE EICHORN

STEARNS JIM M

DESCRIPTION OF PROPERTY: E 160 FT OF N 272.25 FT OF NW 1/4 OF NW 1/4, SEC 4-11-4. 1 A.

---

PAGE: 23

**Parcel ID#:** 14-006-016-00     **Amount to Redeem as of 01/31/2017**     466.68

**Property Address:** 11898 W VAN BUREN RD ELM HALL MI

**The following parties may have an interest in this property:**

WILES HENRY W

DESCRIPTION OF PROPERTY: COM 37 1/2 RDS E OF SW COR OF SEC, TH N 18 RDS, E 8 1/2 RDS, S 18 RDS, W 8 1/2 RDS TO BEG, SEC 6-11-4. 0.96 A M/L.

---

**Parcel ID#:** 14-013-001-00     **Amount to Redeem as of 01/31/2017**     2,169.82

**Property Address:** N RICH (3000) RD MI

**The following parties may have an interest in this property:**

UNEMPLOYMENT TAX LEIN

FOX THOMAS

DESCRIPTION OF PROPERTY: S 1/2 OF NE 1/4 EX COM AT SE COR, TH N 245 FT, W 356 FT, S 245 FT, E 356 FT TO POB, SEC 13 -11-4. 78 A.

---

**Parcel ID#:** 14-018-012-00     **Amount to Redeem as of 01/31/2017**     740.14

**Property Address:** 3490 N LUMBERJACK RD MI

**The following parties may have an interest in this property:**

KING DAWN M

DESCRIPTION OF PROPERTY: WD L 592 P 57 COM AT NE COR OF NE 1/4 OF SW 1/4, TH W 208.7 FT, S 208.7 FT, E 208.7 FT, N 208.7 FT TO BEG, SEC 18-11-4. 1 A.

---

**Parcel ID#:** 14-020-009-20     **Amount to Redeem as of 01/31/2017**     1,548.54

**Property Address:** 2878 N FERRIS RD MI

**The following parties may have an interest in this property:**

MI DEPT OF TREASURY-COLLECTIONS

WALDRON JARRED

HUNT LYNN A

DESCRIPTION OF PROPERTY: WD L 612 P 1020 A PARCEL 300 FT N & S BY 375 FT E & W IN SW COR OF N 1/2 OF NW 1/4 SEC 20- 11-4. 2.58 A. . SPLIT FROM 020-009-00 IN 2000.

---

**Parcel ID#:** 14-023-020-10     **Amount to Redeem as of 01/31/2017**     1,588.43

**Property Address:** 2095 N PINGREE RD ALMA MI

**The following parties may have an interest in this property:**

PICKENS JOHN E JR

DESCRIPTION OF PROPERTY: LC L 543 P 907 COM 16 RDS N OF SE COR OF SEC, TH N 184 FT, W 237 FT, S 184 FT, E 237 FT TO POB, SEC 23-11-4. 1 A.

---

**Parcel ID#:** 14-034-015-00     **Amount to Redeem as of 01/31/2017**     585.38

**Property Address:** 8520 W SAND RD MI

**The following parties may have an interest in this property:**

GRIFFIN ROBERT W & LEANN M

DESCRIPTION OF PROPERTY: M OF LC L 491 P 746 14 RDS 6 FT N & S BY 15 RDS E & W IN SW COR OF NE 1/4 OF NW 1/4 SEC 34- 11-4. 1 1/3 A.

---

**Parcel ID#:** 14-400-022-10     **Amount to Redeem as of 01/31/2017**     1,262.16

**Property Address:** 11430 W VAN BUREN RD ELM HALL MI

**The following parties may have an interest in this property:**

GLADDING MELISSA JANE

DESCRIPTION OF PROPERTY: TRAPP'S SUB-DIVISION OF THE VILLAGE OF ELM HALL LOT 4 & W 1/2 OF LOT 5, BLK 10.

---

**Parcel ID#:** 15-003-009-10     **Amount to Redeem as of 01/31/2017**     220.41

**Property Address:** 6099 S BALDWIN RD

**The following parties may have an interest in this property:**

RYAN O'CONNOR

O'CONNOR RYAN

DESCRIPTION OF PROPERTY: COM 383 FT S OF NW COR OF SEC, TH S 300 FT, E 330 FT, N 300 FT, W 330 FT TO POB SEC 3-9-2. 2.27 A M/L. WASHINGTON TWP., GRATIOT COUNTY.

**Parcel ID#:** 15-005-006-10      **Amount to Redeem as of 01/31/2017**    1,189.95

**Property Address:** 1931 E GARFIELD ASHLEY MI

**The following parties may have an interest in this property:**

WILLIAMS DOUGLAS R

4 PINES INVESTMENTS INC

DESCRIPTION OF PROPERTY: SPLIT FROM 005 006 00  DESCRIPTION PARCEL A  PART OF THE SE 1/4 OF THE SE 1/4    OF SEC5,T9N, R2W, WASHINGTON TWP, GRATIOT COUNTY, MI, COMMENCING AT THE SE     CORNER OF SAID SEC , THENCE N89 38'36W 386 FT ALONG THESOUTH SEC LINE OF SAID    SEC TO POINT OF BEGINNING; THENCECONTINUING N89 38'36"W 155.30 FT ALONG THE S    SEC LINE OF SAID SEC; THENCE N00 03 38W 320.29 FT: THENCE S88 58 43E 155.32 FT; THENCE S00 03 38 E 318.49 FT TO THE POINT OF BEGINNING.  THIS PARCEL CONTAINS   1.1 ACRES MORE OR LESS AND IS SUBJECT TO EASEMENTS AND SERVITUDES OF USE OR    RECORD, IF ANY.

---

**Parcel ID#:** 15-005-006-20      **Amount to Redeem as of 01/31/2017**    1,963.17

**Property Address:** 1969 E GARFIELD ASHLEY MI

**The following parties may have an interest in this property:**

WILLIAMS DOUGLAS R

4 PINES INVESTMENTS, INC

DESCRIPTION OF PROPERTY: SPLIT FROM 005 006 00  DESCRIPTION PARCEL B  PART OF THE SE 1/4 OF TTHE SE 1/4  OF SEC 5, T9N, R2W,  WASHINGTON TWP  GRATIOT COUNTY, MI.  COMMENCING AT THESE    CORNER OF SAID SEC, THENCE N89 38 36W 271.33 FT ALONG THES SEC LINE OF SAID SEC TO THE POINT OF BEGINNING; THENCE CONTINUING N89 38 36 W 114.67 FT ALONG THE S SEC LINE OF SAID  SEC; THENCE N00 03 38 W 318.49 FT; THENCE S88 58 43 W 314.72  FT; THENCE S00 03 38 E 14.84 FT; THENCE S33 45 27 W 359.34 FT TO THE POINT OF  BEGINNING.  THIS PARCEL CONTAINS 1.6 ACRES MORE OR LESS AND IS SUBJECT TO     EASEMENTS AND SERVITUDES OF USE OR RECORD IF ANY.

---

**Parcel ID#:** 16-001-014-00      **Amount to Redeem as of 01/31/2017**    3,880.27

**Property Address:** 11701 E ADAMS ROAD WHEELER MI

**The following parties may have an interest in this property:**

CHASNIS ANDREW THOMAS

DESCRIPTION OF PROPERTY: WD L 497 P 1459 SW 1/4 OF SE, EX THE E 216 1/2 FT & EX W 290 FT, SEC 1-12-1.    24.65 AC M/L.

---

**Parcel ID#:** 16-004-013-00      **Amount to Redeem as of 01/31/2017**    797.97

**Property Address:** 8989 E ADAMS RD WHEELER MI

**The following parties may have an interest in this property:**

WATKINS SHARYL KAY

DESCRIPTION OF PROPERTY: WD L 557 P 186 10 RDS E & W BY 8 RDS N & S IN SE COR, SEC 4-12-1. 1/2 A.

---

**Parcel ID#:** 16-012-002-21      **Amount to Redeem as of 01/31/2017**    817.70

**Property Address:** 10815 N N E CO LINE RD MERRILL MI

**The following parties may have an interest in this property:**

BROWN DAVID A SR.

DESCRIPTION OF PROPERTY: COM 910.85 FT S OF NE COR OF SEC, TH S 200 FT, W 475 FT, N 200 FT, E 475 FT TO  POB, SEC 12 -12-1. 2.18 A M/L. . FOR 2003 PART OF 012-002-00 & 012-002-20

---

**Parcel ID#:** 16-017-007-20      **Amount to Redeem as of 01/31/2017**    84.12

**Property Address:** 7145 E MC GREGOR RD WHEELER MI

**The following parties may have an interest in this property:**

SEELEY TERRY

DESCRIPTION OF PROPERTY: WD L 624 P 565 COM 400 FT W OF SE COR OF SW 1/4 OF NW 1/4, TH N 216 FT, W 200   FT, S 216 FT, E 200 FT TO POB, SEC 17-12-1. 0.99 A M/L.

---

**Parcel ID#:** 16-017-007-30      **Amount to Redeem as of 01/31/2017**    1,178.03

**Property Address:** 7165 E MC GREGOR RD WHEELER MI

**The following parties may have an interest in this property:**

PETERS DAVID E & EILEEN

DESCRIPTION OF PROPERTY: COM 200 FT W OF SE COR OF SW 1/4 OF NW 1/4, TH N 216 FT, W 200 FT, S 216 FT, E  200 FT TO POB, SEC 17-12-1. 0.99 A M/L

---

**Parcel ID#:** 16-022-005-00      **Amount to Redeem as of 01/31/2017**    439.59

**Property Address:** 9290 E MADISON RD WHEELER MI

**The following parties may have an interest in this property:**

DESCRIPTION OF PROPERTY: COM 503 FT 33 IN E OF NW COR OF W 1/2 OF NE 1/4 OF NW 1/4, TH S 330 FT, E 264    FT, N 330 FT, W 264 FT TO BEG, SEC 22-12-1. 2 A. WHEELER TOWNSHIP GRATIOT        COUNTY

---

**Parcel ID#:** 16-028-001-00   **Amount to Redeem as of 01/31/2017**   1,211.43

**Property Address:** 8574 E MONROE RD WHEELER MI

**The following parties may have an interest in this property:**

RIEDEL JANET

METCALF DENNIS

DESCRIPTION OF PROPERTY: COM 12 RDS W OF NE COR OF W 47 A OF NE 1/4, TH S 40 RDS, W 18 RDS, N 40 RDS, E  18 RDS TO BEG, SEC 28-12-1. 4.5 A.

---

**Parcel ID#:** 16-400-420-00   **Amount to Redeem as of 01/31/2017**   1,197.91

**Property Address:** 8547 E LINCOLN STREET WHEELER MI

**The following parties may have an interest in this property:**

GATH DONALD EDWARD - TRUSTEE

JERRY LOUIS & TAMTHA

DESCRIPTION OF PROPERTY: M OF LC L 906 P 437; VILLAGE OF WHEELER H C BRECKENRIDGE'S ADDITION S 12 FT OF  LOT 15, & LOT 20, BLK 4. WHEELER TOWNSHIP, GRATIOT COUNTY

---

**Parcel ID#:** 16-600-601-00   **Amount to Redeem as of 01/31/2017**   2,487.75

**Property Address:** 8351 N WHEELER RD WHEELER MI

**The following parties may have an interest in this property:**

HARTMAN WENDY MARIE

DESCRIPTION OF PROPERTY: WD L 538 P 883 VILLAGE OF WHEELER THOMAS MURPHY'S ADDITION LOTS 1 & 2 BLOCK 6.

---

**Parcel ID#:** 16-600-708-00   **Amount to Redeem as of 01/31/2017**   1,011.39

**Property Address:** 8333 N WHEELER RD WHEELER MI

**The following parties may have an interest in this property:**

CARDENAS ANTONIO

ROBERTS-CARDENAS CONNIE

CARDENAS ANTONIO & CONNIE ROBERTS-

DESCRIPTION OF PROPERTY: VILLAGE OF WHEELER THOMAS MURPHY'S ADDITION, LOTS 7 & 8 BLOCK 7.

---

**Parcel ID#:** 41-100-086-00   **Amount to Redeem as of 01/31/2017**   1,201.44

**Property Address:** 202 N STERLING ST

**The following parties may have an interest in this property:**

MICHIGAN DEPT OF TREASURY

SUTTEN JAMES E, JR & FAITH D

DESCRIPTION OF PROPERTY: WD L 611 P 408 VILLAGE OF ASHLEY LOTS 86 TO 89 INCL. GRATIOT COUNTY

---

**Parcel ID#:** 41-100-241-00   **Amount to Redeem as of 01/31/2017**   1,299.34

**Property Address:** 209 S QUARTERLINE ST ASHLEY MI

**The following parties may have an interest in this property:**

MC ELHANEY DAVID

MC ELHANEY DAVID LEE & ANGELA

HOME EQ

DESCRIPTION OF PROPERTY: WD L 500 P 578 VILLAGE OF ASHLEY, GRATIOT COUNTY. LOT 241.

---

**Parcel ID#:** 41-150-013-00   **Amount to Redeem as of 01/31/2017**   3,735.77

**Property Address:** 201 N HERRING ST

**The following parties may have an interest in this property:**

CITIFINANCIAL MORTGAGE COMPANY

SPITZLEY CRAIG

DESCRIPTION OF PROPERTY: WD L 591 P 194 VILLAGE OF ASHLEY, GRATIOT COUNTY UNPLATTED COM 44 RDS 15 FT S  OF NE COR OF NW 1/4 FRL OF NW 1/4 FRL, TH S 100.5 FT, W 302.28 FT, N 100.5 FT,  E 302.28 FT TO POB, SEC 7-9-1. 0.70 A M/L.

**Parcel ID#:** 41-600-356-00     **Amount to Redeem as of 01/31/2017**     2,814.03

**Property Address:** 214 N REED ST

**The following parties may have an interest in this property:**

HARLAN & MARY BEARDEN

BEARDEN HARLAN J, JR & MARY A

DESCRIPTION OF PROPERTY: WD L 460 P 1163 VILLAGE OF ASHLEY, GRATIOT COUNTY. PHINNEY'S ADDITION LOTS 356 & 357.
MAINTENANCE EXEMPTION

---

**Parcel ID#:** 41-600-375-00     **Amount to Redeem as of 01/31/2017**     2,008.27

**Property Address:** 214 N HERRING ST

**The following parties may have an interest in this property:**

HARLAN & MARY BEARDEN

BEARDEN HARLAN J, JR & MARY A

DESCRIPTION OF PROPERTY: WD L 502 P 973 VILLAGE OF ASHLEY, GRATIOT COUNTY. PHINNEY'S ADDITION LOT 375, & N 14 FT OF
LOT 376.

---

**Parcel ID#:** 42-119-009-00     **Amount to Redeem as of 01/31/2017**     3,432.13

**Property Address:** 221 E SAGINAW ST BRECKENRIDGE MI

**The following parties may have an interest in this property:**

ISABELLA BANK

BELLES EDWARD L & GLORIA A

DESCRIPTION OF PROPERTY: WD L 543 P 653 VILLAGE OF BRECKENRIDGE ORIGINAL PLAT COM 88 FT E OF SW COR OF   BLK 19, TH
E 36 FT, N 63.6 FT, W'LY PARALLEL TO & DISTANT 25 FT S'LY FROM       MEASURED AT RT ANGLES TO THE CENTER LINE OF RR
MAIN TRACK A DISTANCE OF 36.2    FT, S 59.3 FT TO BEG, BLOCK 19.

---

**Parcel ID#:** 42-150-037-00     **Amount to Redeem as of 01/31/2017**     2,722.86

**Property Address:** 502 W SAGINAW ST BRECKENRIDGE MI

**The following parties may have an interest in this property:**

DITECH FINANCIAL LLC

FETTERS ROBERT DEXTER

DESCRIPTION OF PROPERTY: WD L 574 P 1241 VILLAGE OF BRECKENRIDGE, GRATIOT COUNTY UNPLATTED COM 370 FT E  OF SW COR
OF SEC, TH E 97 FT, N 237.5 FT, W 97 FT, S 237.5 FT TO BEG, SEC       19-12-1.

---

**Parcel ID#:** 42-150-051-50     **Amount to Redeem as of 01/31/2017**     202.38

**Property Address:** 232 ELM ST BRECKENRIDGE MI

**The following parties may have an interest in this property:**

CT LIEN SOLUTIONS

CARMEL FINANCIAL CORP

SCHULTZ DONALD K - TRUST

DESCRIPTION OF PROPERTY: WD L 540 P 1141 COM 4 RDS N & 658.30 FT W OF NW COR OF BLK 12, TH W 117 FT, N   143 FT, E
117 FT, S 143 FT TO POB, SEC 19-12-1.

---

**Parcel ID#:** 42-150-064-00     **Amount to Redeem as of 01/31/2017**     1,352.39

**Property Address:** 520 E SUMMIT ST BRECKENRIDGE MI

**The following parties may have an interest in this property:**

MC CLINTIC DANIEL R & KELLY J

DESCRIPTION OF PROPERTY: LC L 552 P 919 VILLAGE OF BRECKENRIDGE UNPLATTED COM. 1149.72 FT N & 33 FT. W  OF SE COR
OF SEC. W 690 FT. TO PT. OF BEG. TH W 80 FT, S 204 FT, E 80 FT N 204  FT. TO BEG. SEC. 19-12-1.

---

**Parcel ID#:** 42-308-011-00     **Amount to Redeem as of 01/31/2017**     857.34

**Property Address:** 204 FOURTH ST BRECKENRIDGE MI

**The following parties may have an interest in this property:**

PHELPS DAISY

DESCRIPTION OF PROPERTY: ASSESSOR'S PLAT OF SOUTH BRECKENRIDGE LOT 11 EX W 22 FT BLOCK 8, VILLAGE OF
BRECKENRRIDGE, GRATIOT COUNTY

**Parcel ID#:** 42-315-001-00     **Amount to Redeem as of 01/31/2017**     62.47

**Property Address:** 203 SIXTH STREET BRECKENRIDGE MI

**The following parties may have an interest in this property:**

NICHOLS CHRISTOPHER K

DESCRIPTION OF PROPERTY: ASSESSOR'S PLAT OF SOUTH BRECKENRIDGE LOT 1 BLOCK 15.

---

**Parcel ID#:** 43-100-069-01     **Amount to Redeem as of 01/31/2017**     432.11

**Property Address:** 212 W FULTON ST PERRINTON MI

**The following parties may have an interest in this property:**

JP MORGAN CHASE BANK

ARNTZ TINA L

---

**Parcel ID#:** 43-300-020-00     **Amount to Redeem as of 01/31/2017**     1,375.57

**Property Address:** 404 E FULTON ST

**The following parties may have an interest in this property:**

G. REYNOLDS SIMS & ASSOC, P.C.

ZELINSKI JAMIE

DESCRIPTION OF PROPERTY: DEED L 558 P 860 VILLAGE OF PERRINTON, GRATIOT COUNTY. UNPLATTED COM. 4 RDS E OF NE COR. OF LOT 244 TH E 92 FT, S 132 FT, W 92 FT, N 132 FT TO POB, SEC 9-9-3.

---

**Parcel ID#:** 43-700-322-50     **Amount to Redeem as of 01/31/2017**     1,387.23

**Property Address:** 501 ROBINSON ST

**The following parties may have an interest in this property:**

BYERS CANDY

MARTIN BONNIE J

DESCRIPTION OF PROPERTY: THE FULTON ADDITION TO THE VILLAGE OF PERRINTON, GRATIOT COUNTY. S 132 FT OF LOTS 322 & 323 & 1/2 A IN SW COR OF N 55 A OF W 1/2 OF SW 1/4 10 RDS E & W BY 8 RDS N & S IN SEC 9-9-3.

---

**Parcel ID#:** 51-010-161-00     **Amount to Redeem as of 01/31/2017**     1,156.45

**Property Address:** 163 CRYSTAL CT ALMA MI

**The following parties may have an interest in this property:**

KEATING NICHOLAS CHARLES

KEATING NICHOLAS CHARLES

DESCRIPTION OF PROPERTY: GEMSTONE FIELDS CONDOMINIUM UNIT 61

---

**Parcel ID#:** 51-010-166-00     **Amount to Redeem as of 01/31/2017**     980.67

**Property Address:** 294 GEMSTONE DR ALMA MI

**The following parties may have an interest in this property:**

INTERNAL REVENUE SERVICE

RHYNARD JON L

DESCRIPTION OF PROPERTY: GEMSTONE FIELDS CONDOMINIUM UNIT 66

---

**Parcel ID#:** 51-021-011-00     **Amount to Redeem as of 01/31/2017**     419.25

**Property Address:** N GROVER AVE ALMA MI

**The following parties may have an interest in this property:**

STATE OF MI

FOX THOMAS A & SHARON E

DESCRIPTION OF PROPERTY: COM 264 3/4 FT S OF NW COR OF SEC 2-11-3, E 11 RDS 5 1/2 FT, S 40 1/2 FT, W 11 RDS 5 1/2 FT, N 40 1/2 FT TO BEG.

---

**Parcel ID#:** 51-021-019-00     **Amount to Redeem as of 01/31/2017**     1,722.69

**Property Address:** 313 PLEASANT AVE ALMA MI

**The following parties may have an interest in this property:**

STATE OF MICHIGAN

FOX THOMAS A & SHARON E

DESCRIPTION OF PROPERTY: COM 40 RDS E, 30 RDS S OF NW COR OF SEC 2-11-3, W 20 RDS, S 3 RDS, E 20 RDS, N 3 RDS TO BEG.

**Parcel ID#:** 51-021-109-00     **Amount to Redeem as of 01/31/2017**     823.37

**Property Address:** 208 WILLIAMETTE AVE ALMA MI

The following parties may have an interest in this property:

MERCANTILE BANK

PARCHER JILL

HERNANDEZ JOHN N

DESCRIPTION OF PROPERTY: N 7 1/2 FT OF LOT 5 AND LOT 6 EX. THE N 15.07 FT OF THE W 64 FT.  BLK 4 OAK  GROVE ADD.

---

**Parcel ID#:** 51-021-111-20     **Amount to Redeem as of 01/31/2017**     49.99

**Property Address:** WILLIAMETTE AVE ALMA MI

The following parties may have an interest in this property:

BARCZAK TIMOTHY & LORI

DESCRIPTION OF PROPERTY: LOT 1 AND THE NORTH 1/2 OF LOT 2,  BLOCK 6,  OAK GROVE ADDITION, CITY OF ALMA  GRATIOT COUNTY MICHIGAN ACCORDING TO THE PLAT THEREOF RECORDED IN LIBER 1 OF  PLATS, PAGE 109 OF GRATIOT CO RECORDS

---

**Parcel ID#:** 51-021-269-00     **Amount to Redeem as of 01/31/2017**     1,067.03

**Property Address:** E SUPERIOR ST ALMA MI

The following parties may have an interest in this property:

VANHOOSE DOUGLAS E & KIMBERLEE M

DESCRIPTION OF PROPERTY: ELMWOOD PARK SUB  LOTS 30-32

---

**Parcel ID#:** 51-021-271-00     **Amount to Redeem as of 01/31/2017**     1,223.08

**Property Address:** 1532 E SUPERIOR ST ALMA MI

The following parties may have an interest in this property:

VANHOOSE DOUGLAS E & KIMBERLEE M

DESCRIPTION OF PROPERTY: ELMWOOD PARK SUB. LOT 28.

---

**Parcel ID#:** 51-021-282-00     **Amount to Redeem as of 01/31/2017**     625.79

**Property Address:** LINWOOD ALMA MI

The following parties may have an interest in this property:

HUSTED TYLER

DESCRIPTION OF PROPERTY: ELMWOOD PARK SUBDIVISION, S 40 FT OF LOT 54.

---

**Parcel ID#:** 51-021-285-00     **Amount to Redeem as of 01/31/2017**     2,893.25

**Property Address:** 1505 EASTWARD ALMA MI

The following parties may have an interest in this property:

HUSTED TYLER

DESCRIPTION OF PROPERTY: ELMWOOD PARK SUBDIVISION, LOT 55.

---

**Parcel ID#:** 51-021-334-00     **Amount to Redeem as of 01/31/2017**     1,868.07

**Property Address:** 110 LINWOOD ALMA MI

The following parties may have an interest in this property:

DAVALOZ DOMINGO

ERIC JELLISON

ZACH JELLISON

JELLISON RICK

DESCRIPTION OF PROPERTY: ELMWOOD PARK SUBDIVISION, LOTS 81 & 82.

---

**Parcel ID#:** 51-021-761-00     **Amount to Redeem as of 01/31/2017**     2,444.15

**Property Address:** 1107 ROSEDALE ST ALMA MI

The following parties may have an interest in this property:

NELSON ROBBIE

DESCRIPTION OF PROPERTY: SUNNYSIDE ADDITION, LOT 14.

**Parcel ID#:** 51-021-768-00     **Amount to Redeem as of 01/31/2017**     2,417.40

**Property Address:** 113 S GROVER AVE ALMA MI

**The following parties may have an interest in this property:**

STATE OF MICHIGAN

FOX THOMAS

DESCRIPTION OF PROPERTY: SUNNYSIDE ADDITION, LOTS 45 & 46.

---

**Parcel ID#:** 51-031-038-00     **Amount to Redeem as of 01/31/2017**     410.34

**Property Address:** 113 W SUPERIOR ST ALMA MI

**The following parties may have an interest in this property:**

111 & 113 W SUPERIOR LLC

DESCRIPTION OF PROPERTY: WEST 1/2 OF PARCEL LOCATED IN ELYTON SUBDIVISION. COM AT THE NW COR LOT 1 BLK 3, TH E 52' S 118' W 52' N 118' TO BEG. PART OF LOTS 1 AND 2 BLOCK 3.

---

**Parcel ID#:** 51-031-066-00     **Amount to Redeem as of 01/31/2017**     886.03

**Property Address:** 208 PARK DR ALMA MI

**The following parties may have an interest in this property:**

IRS

MICH DEPT OF TREASURY

HOBEREK ADAM R & JEANETTE

DESCRIPTION OF PROPERTY: ELYTON, LOT 13, BLOCK 5.

---

**Parcel ID#:** 51-031-288-00     **Amount to Redeem as of 01/31/2017**     4,356.58

**Property Address:** 318 WOODWORTH AVE ALMA MI

**The following parties may have an interest in this property:**

FREED CONSTRUCTION COMPANY

BURFORD PLUMBING & HEATING

ACAC PROPERTY, LLC

ACAC PROPERTY, LLC

DESCRIPTION OF PROPERTY: N 1/3 OF LOT 21 & ALL OF LOTS 22, 23, & 24, BLK 23 OT

---

**Parcel ID#:** 51-031-530-00     **Amount to Redeem as of 01/31/2017**     2,189.13

**Property Address:** 156 ALLEN AVE ALMA MI

**The following parties may have an interest in this property:**

ADAMS CHRISTINA L

DESCRIPTION OF PROPERTY: ROCKINGHAM PLACE, S 22 FT OF LOT 59 & N 22 FT OF LOT 60.

---

**Parcel ID#:** 51-031-807-00     **Amount to Redeem as of 01/31/2017**     1,967.66

**Property Address:** 115 HILL ALMA MI

**The following parties may have an interest in this property:**

TERWILLIGER LYLE

CABRERA CHRISTIN LYNN

DESCRIPTION OF PROPERTY: RIVERVIEW ADD    LOT 87    LOT 88

---

**Parcel ID#:** 51-032-276-00     **Amount to Redeem as of 01/31/2017**     1,475.16

**Property Address:** 114 WHEELER ST ALMA MI

**The following parties may have an interest in this property:**

MCCREERY SCOTT T & JILL M

DESCRIPTION OF PROPERTY: MARY WHEELER ADDITION, S 16 FT OF LOT 23 & N 16 FT OF LOT 24.

---

**Parcel ID#:** 51-032-772-00     **Amount to Redeem as of 01/31/2017**     787.58

**Property Address:** S RIVER AVE ALMA MI

**The following parties may have an interest in this property:**

VANHOOSE DOUGLAS E & KIMBERLEE M

DESCRIPTION OF PROPERTY: SOUTHVIEW ADD . LOT 11 BLOCK 1 LOT 10 BLOCK 1

**Parcel ID#:** 51-032-777-00     **Amount to Redeem as of 01/31/2017**    1,305.43

**Property Address:** 137 GRAFTON ALMA MI

The following parties may have an interest in this property:

COMMERCIAL BANK

MIKULA DEBRA D

DESCRIPTION OF PROPERTY: COM 472 FT S OF NW COR OF SW 1/4 OF NE 1/4 OF SEC 3-11-3, S 56 FT E TO AARR    RIGHT OF WAY, NW'LY ALONG SAID RIGHT OF WAY TO A POINT DIRECTLY E OF BEGINNING, TH W TO BEG.

---

**Parcel ID#:** 51-032-779-00     **Amount to Redeem as of 01/31/2017**    3,061.72

**Property Address:** 109 S COURT AVE ALMA MI

The following parties may have an interest in this property:

STATE OF MICHIGAN

FOX THOMAS A

DESCRIPTION OF PROPERTY: HALL & SHARRAR ADD    N 1/2 OF LOT 38

---

**Parcel ID#:** 51-032-796-00     **Amount to Redeem as of 01/31/2017**    915.36

**Property Address:** 139 S COURT AVE ALMA MI

The following parties may have an interest in this property:

VANHOOSE DOUGLAS E & KIMBERLEE M

DESCRIPTION OF PROPERTY: HALL SHARRAR ADD    LOT 44

---

**Parcel ID#:** 51-032-821-00     **Amount to Redeem as of 01/31/2017**    853.61

**Property Address:** 201 VALLEY AVE ALMA MI

The following parties may have an interest in this property:

NOEL KEVIN MATHEW

DESCRIPTION OF PROPERTY: HALL SHARRAR ADDITION, S 1 RD OF LOT 8 & ALL OF LOT 9.

---

**Parcel ID#:** 51-034-029-00     **Amount to Redeem as of 01/31/2017**    3,086.23

**Property Address:** 123 HOLIDAY ALMA MI

The following parties may have an interest in this property:

SPRINGHILL HOMES LLC

DESCRIPTION OF PROPERTY: HOLIDAY PARK, LOTS 10 & 11, BLOCK 3.

---

**Parcel ID#:** 51-034-290-00     **Amount to Redeem as of 01/31/2017**    2,242.05

**Property Address:** 324 GRAFTON ALMA MI

The following parties may have an interest in this property:

LAROSE DOUG & JEN

ISANHART DEBORAH

MILLER LAURIE & BILL

LAROSE JEFFREY & KELLY

LAROSE BRIAN & SONYA

LAROSE MARY E

DESCRIPTION OF PROPERTY: HILLCREST SUBDIVISION, LOTS 138 & 139.

---

**Parcel ID#:** 51-034-587-02     **Amount to Redeem as of 01/31/2017**    1,967.66

**Property Address:** 318 HILLSDALE ALMA MI

The following parties may have an interest in this property:

HULBERT TINA

DESCRIPTION OF PROPERTY: LOT 140 AND 141 AND W 110 FT OF LOT 142    GRAFTON HTS SUB DIV

---

**Parcel ID#:** 51-342-874-00     **Amount to Redeem as of 01/31/2017**    107.51

**Property Address:** 405 WASHINGTON ST ALMA MI

The following parties may have an interest in this property:

DOAN TAMMY A

DESCRIPTION OF PROPERTY: COM 83 FT E OF SW COR OF NE OF SEC 34-12-3, TH E 50 FT N 110 FT, W 50 FT S 110 FT TO BEG, INCL. PART OF LOT 9, BLOCK 8. FAIRVIEW SUB

PAGE: 31

**Parcel ID#:** 51-343-121-00     **Amount to Redeem as of 01/31/2017**    1,396.29

**Property Address:** 713 EUCLID ALMA MI

**The following parties may have an interest in this property:**

ULRICH ROBERT ANTHONY

DESCRIPTION OF PROPERTY: THE E 115 FEET OF LOT 2 BLOCK 52 GARGETT ADDITION TO THE CITY OF ALMA, GRATIOT   COUNTY, MICHIGAN

---

**Parcel ID#:** 51-343-122-00     **Amount to Redeem as of 01/31/2017**    959.21

**Property Address:** 709 EUCLID ALMA MI

**The following parties may have an interest in this property:**

BETTS LINDA MARY

DESCRIPTION OF PROPERTY: GARGETT ADDITION, LOTS 3 & 4, BLOCK 52.

---

**Parcel ID#:** 51-343-511-10     **Amount to Redeem as of 01/31/2017**    4,867.02

**Property Address:** 721 E SUPERIOR ST ALMA MI

**The following parties may have an interest in this property:**

GREATER GRATIOT DEVELOPMENT

721 E SUPERIOR LLC

DESCRIPTION OF PROPERTY: COM AT 33' N AND 999.5' W OF SE COR 34-12-3 THEN N 80' W 131.89' N 45.89' TO    THE S LINE OF MICH AVE THEN SW'LY ALONG S LINE OF MICH AVE 37.53' THEN S       105.54' THEN E 163.47' TO BEG; ALSO COM 2 RDS N AND 1119.5 FT W OF THE SE COR   OF SEC 34-12-3, TH N 133.41 FT TO S LINE OF MICHIGAN AVE TH S-WLY ALONG SAID    LINE TO N LINE OF SUPERIOR ST TH E TO BEG.

---

**Parcel ID#:** 51-344-062-00     **Amount to Redeem as of 01/31/2017**    7,468.49

**Property Address:** 412 ORCHARD ST ALMA MI

**The following parties may have an interest in this property:**

CARL CORNWELL

HEIMBERGER BRIAN J & KIM B

DESCRIPTION OF PROPERTY: LYMAN COHOON ADDITION, SEC 34-12-3, LOT 4, BLOCK 1.

---

**Parcel ID#:** 51-344-548-00     **Amount to Redeem as of 01/31/2017**    2,840.07

**Property Address:** 523 WOODWORTH AVE ALMA MI

**The following parties may have an interest in this property:**

VIBBER JEFFREY V & SUSAN M

DESCRIPTION OF PROPERTY: ORIGINAL TOWN, LOT 2, BLOCK 8.

---

**Parcel ID#:** 51-344-759-00     **Amount to Redeem as of 01/31/2017**    400.48

**Property Address:** 503 N STATE ST ALMA MI

**The following parties may have an interest in this property:**

MERCANTILE BANK

WRIGHT MANSION LLC

DESCRIPTION OF PROPERTY: COM 462 FT N OF SE COR OF SW 1/4 OF SW 1/4 SEC 34-12-3 TH W 229.5 FT N 107.74    FT, E 229.5 FT, S 107.74 FT. TO BEGINNING.                    OPRA FROZEN PARCEL 970-010-13
OPRA REHAB PARCEL 971-010-13

---

**Parcel ID#:** 51-354-262-00     **Amount to Redeem as of 01/31/2017**    822.07

**Property Address:** 832 REPUBLIC AVE ALMA MI

**The following parties may have an interest in this property:**

CURTISS THOMAS JR

DESCRIPTION OF PROPERTY: MICHIGAN AVE HTS, SEC 35-12-3, LOT 10 AND N  16 FT OF LOT 9, BLOCK 1.

---

**Parcel ID#:** 51-354-304-00     **Amount to Redeem as of 01/31/2017**    3,222.42

**Property Address:** 726 PENNSYLVANIA ALMA MI

**The following parties may have an interest in this property:**

DAWN KRANTZ

HOLLIDAY WILLIAM JR. & HEATHER

DESCRIPTION OF PROPERTY: KENSINGTON HEIGHTS SUBDIVISION, SEC 35-12-3, LOT 58.

Parcel ID#:  51-354-757-00     **Amount to Redeem as of 01/31/2017**     765.35

Property Address:  612 BRIDGE AVE ALMA MI

**The following parties may have an interest in this property:**

MCCORMICK KEVIN E & NAOMI C

DESCRIPTION OF PROPERTY: HALL SHARRAR RIVERSIDE, SEC 35-12-3, COM 108 FT N OF SW COR LOT 90, THENCE N    47.2 FT E 99 FT S 20 FT W 37.5 FT S 27.2 FT W 61.4 FT TO BEGINNING, BEING A    PART OF LOT 90.

---

Parcel ID#:  51-354-800-00     **Amount to Redeem as of 01/31/2017**     2,222.21

Property Address:  422 HANNAH AVE ALMA MI

**The following parties may have an interest in this property:**

SPRINGHILL HOMES LLC

DESCRIPTION OF PROPERTY: WOODWARD SUBDIVISION, SEC 35-12-3, LOT 45.

---

Parcel ID#:  52-050-029-07     **Amount to Redeem as of 01/31/2017**     8,081.97

Property Address:  1009 S ST JOHNS ST

**The following parties may have an interest in this property:**

BUECHE MARTIN & ANNE

DESCRIPTION OF PROPERTY: COM AT THE SW COR OF SEC 6 TH N00DEG05'04"E 545.45 FT TO THE POB TH CON N00DEG05'04"E 359.22 FT TH S89DEG54'56"E 324.56 FT TH S06DEG00'38"E 329 FT TH    S67DEG17'27"W 107.15 FT TH N87DEG50'41"W 260.88 FT TO THE POB. SEC 6 T10N R2W

---

Parcel ID#:  52-070-029-20     **Amount to Redeem as of 01/31/2017**     1,058.65

Property Address:  975 S JEROME RD ITHACA MI

**The following parties may have an interest in this property:**

BEARD RENEE

DESCRIPTION OF PROPERTY: WD L 525 P 837 UNPLATTED COM AT SW COR OF SW 1/4 OF SW 1/4, TH N 417.4208 FT, E 521.7760 FT, S 417.4208 FT, W 521.7760 FT TO POB, SEC 1-10-3. 5 A. CITY OF    ITHACA, GRATIOT COUNTY

---

Parcel ID#:  52-103-002-00     **Amount to Redeem as of 01/31/2017**     1,515.59

Property Address:  528 E EMERSON ST ITHACA MI

**The following parties may have an interest in this property:**

RYKERT JOHN E

DESCRIPTION OF PROPERTY: T. S. BARNES' ADDITION TO ITHACA LOT 2 BLOCK 3.

---

Parcel ID#:  52-155-005-00     **Amount to Redeem as of 01/31/2017**     2,164.04

Property Address:  810 E ARCADA ST ITHACA MI

**The following parties may have an interest in this property:**

INTERNAL REVENUE SERVICE

WILLIAMS DALE E

DESCRIPTION OF PROPERTY: WD L 518 P 986 CHURCH'S ADDITION TO THE CITY OF ITHACA LOT 5, BLK 5.

---

Parcel ID#:  52-403-005-00     **Amount to Redeem as of 01/31/2017**     2,087.21

Property Address:  120 N ST JOHNS ST ITHACA MI

**The following parties may have an interest in this property:**

EVANS TERRY L & PATRICIA A

DESCRIPTION OF PROPERTY: WD L 505 P 337 NORTHEAST ITHACA LOT 5 & S 4 FT OF LOT 6 BLOCK C. PROPERTY    ADDRESS: 120 NORTH ST JOHNS STREET

---

Parcel ID#:  52-502-004-00     **Amount to Redeem as of 01/31/2017**     1,963.86

Property Address:  802 E CENTER ST ITHACA MI

**The following parties may have an interest in this property:**

MILLER KELLY D & MILLER LEAH M

DESCRIPTION OF PROPERTY: WD L 610 P 588 POTTS & CRAWFORD ADDITION TO THE CITY OF ITHACA LOTS 4 & 5 BLOCK 2.

---

Parcel ID#:  52-502-007-00     **Amount to Redeem as of 01/31/2017**     2,640.32

Property Address:  813 E NEWARK ST ITHACA MI

**The following parties may have an interest in this property:**

BILLY & MALINDA MORGAN

PAGE: 33

INTERNAL REVENUE SERVICE

RANGELAND ENTERPRISES, LLC

RHYNARD JON L

DESCRIPTION OF PROPERTY: POTTS & CRAWFORD ADDITION TO THE CITY OF ITHACA LOTS 7 & 8 BLOCK 2.

---

**Parcel ID#:** 52-555-026-00     **Amount to Redeem as of 01/31/2017**     1,540.55

**Property Address:** 225 S NELSON ST ITHACA MI

The following parties may have an interest in this property:

FLEGEL DAVID

INTERNAL REVENUE SERVICE

SYCH GARY L

DESCRIPTION OF PROPERTY: WD L 440 P 640 CLARKE'S REPLAT OF POTTS & CRAWFORD ADDITION TO THE CITY OF     ITHACA LOTS 26 & 27 BLOCK 5.

---

**Parcel ID#:** 52-558-001-10     **Amount to Redeem as of 01/31/2017**     2,693.23

**Property Address:** 708 E SOUTH ST ITHACA MI

The following parties may have an interest in this property:

IRS ADVISORY GROUP

IRS ADVISORY GROUP

WILLIAMS DALE EUGENE & MARY ANN

DESCRIPTION OF PROPERTY: WD L 451 P 73 CLARKE'S REPLAT OF POTTS & CRAWFORD ADDITION TO THE CITY OF     ITHACA LOTS 1, 2 & 3 & W 3 FT OF LOT 4, BLOCK 8.

---

**Parcel ID#:** 52-558-001-20     **Amount to Redeem as of 01/31/2017**     2,686.30

**Property Address:** 710 E SOUTH ST ITHACA MI

The following parties may have an interest in this property:

IRS ADVISORY GROUP

IRS ADVISORY GROUP

WILLIAMS DALE EUGENE & MARY ANN

DESCRIPTION OF PROPERTY: WD L 451 P 73 CLARKE'S REPLAT OF POTTS & CRAWFORD ADDITION TO THE CITY OF     ITHACA E 28.75 FT OF LOT 4, LOTS 5 & 6, & W 8.25 FT OF ALLEY, BLOCK 8.

---

**Parcel ID#:** 52-558-001-30     **Amount to Redeem as of 01/31/2017**     2,617.84

**Property Address:** 714 E SOUTH ST ITHACA MI

The following parties may have an interest in this property:

INTERNAL REVENUE SERVICE

WILLIAMS DALE EUGENE & MARY ANN

DESCRIPTION OF PROPERTY: WD L 451 P 73 CLARKE'S REPLAT OF POTTS & CRAWFORD ADDITION TO THE CITY OF     ITHACA E 3 FT OF LOT 9 & ALL OF LOTS 10, 11 & 12, BLOCK 8.

---

**Parcel ID#:** 52-655-076-00     **Amount to Redeem as of 01/31/2017**     2,964.99

**Property Address:** 515 N MAPLE ST ITHACA MI

The following parties may have an interest in this property:

HEIMBERGER BRIAN

DESCRIPTION OF PROPERTY: WD L 447 P 1156 SUPERVISOR'S PLAT OF THE CITY OF ITHACA LOT 76 DIVISION E.

---

**Parcel ID#:** 52-655-090-00     **Amount to Redeem as of 01/31/2017**     1,224.05

**Property Address:** 427 N ELM ST ITHACA MI

The following parties may have an interest in this property:

KINKEAD LAWRENCE R & MARY M

DESCRIPTION OF PROPERTY: WD L 447 P 1071 SUPERVISOR'S PLAT OF THE CITY OF ITHACA LOT 90 DIVISION E.

---

**Parcel ID#:** 52-655-093-00     **Amount to Redeem as of 01/31/2017**     434.31

**Property Address:** 427 N ELM ST VAC ITHACA MI

The following parties may have an interest in this property:

KINKEAD LAWRENCE R & MARY M

DESCRIPTION OF PROPERTY: WD L 447 P 1071 SUPERVISOR'S PLAT OF THE CITY OF ITHACA N 2 RODS OF LOT 93    DIVISION E.

---

**Parcel ID#:** 52-663-057-80  **Amount to Redeem as of 01/31/2017**  2,138.89

**Property Address:** 221 S ST JOHNS ST ITHACA MI

The following parties may have an interest in this property:

BOSLEY JOSEPH W

DESCRIPTION OF PROPERTY: SUPERVISOR'S PLAT OF THE CITY OF ITHACA LOT 58, ALSO S 18 FT OF LOT 57,    DIVISION M.

---

**Parcel ID#:** 52-702-002-00  **Amount to Redeem as of 01/31/2017**  3,333.05

**Property Address:** 321 N MAPLE ST ITHACA MI

The following parties may have an interest in this property:

VENTOCILLA SAMUEL STEPHEN

DESCRIPTION OF PROPERTY: UPPER ITHACA LOT 2 BLOCK 2.

---

**Parcel ID#:** 53-010-017-00  **Amount to Redeem as of 01/31/2017**  1,006.72

**Property Address:** 310 N DELAWARE ST SAINT LOUIS MI

The following parties may have an interest in this property:

PEACOCK JEANNE & MILFORD

DESCRIPTION OF PROPERTY: LOT 4 BLOCK 27 CITY OF ST LOUIS. PROPERTY ADDRESS 310 NORTH DELAWARE STREET

---

**Parcel ID#:** 53-010-049-00  **Amount to Redeem as of 01/31/2017**  5,008.32

**Property Address:** 324 W WASHINGTON AVE SAINT LOUIS MI

The following parties may have an interest in this property:

JOHN D & KATHLEEN M PAVLIK

KOLAR DONNA L

DESCRIPTION OF PROPERTY: WD L 474 P 374 W 122 FT OF LOTS 5 & 6, BLOCK 29, CITY OF ST LOUIS. PROPERTY    ADDRESS 324 WEST WASHINGTON AVENUE

---

**Parcel ID#:** 53-010-229-00  **Amount to Redeem as of 01/31/2017**  107.50

**Property Address:** 116 S MAIN ST SAINT LOUIS MI

The following parties may have an interest in this property:

CHEMICAL BANK

CHEMICAL BANK

DOAN TAMMY A

DESCRIPTION OF PROPERTY: LOT 9, BLOCK 40 CITY OF ST LOUIS. PROPERTY ADDRESS 116 SOUTH MAIN STREET

---

**Parcel ID#:** 53-010-366-00  **Amount to Redeem as of 01/31/2017**  1,280.80

**Property Address:** 535 CORINTH ST SAINT LOUIS MI

The following parties may have an interest in this property:

SMITH LYNETTE

DESCRIPTION OF PROPERTY: COM 659.06 FT N OF SE COR OF W 1/2 OF NE 1/4 OF SEC 24 TO S'LY ROW LINE OF    OLIVE ST EXTENDED, TH N 64 DEG 34' W 36.54 FT TO W ROW LINE OF CORINTH ST, S 33 DEG 55' 09" W 57.47 FT, W 116 FT, S 66 FT, E TO W ROW LINE OF CORINTH ST, N TO  POB, SEC 24-12-3, CITY OF ST LOUIS. PROPERTY ADDRESS 535 NORTH CORINTH STREET

---

**Parcel ID#:** 53-100-024-00  **Amount to Redeem as of 01/31/2017**  689.17

**Property Address:** 426 S MAPLE ST VAC SAINT LOUIS MI

The following parties may have an interest in this property:

STATE OF MICHIGAN

FOX THOMAS

DESCRIPTION OF PROPERTY: WD L 578 P 632 JOHN R CHEESMAN PLAT OF ST LOUIS LOT 6 BLOCK 4. 426 SOUTH MAPLE  STREET

---

**Parcel ID#:** 53-100-034-00  **Amount to Redeem as of 01/31/2017**  3,552.26

**Property Address:** 406 S MILL ST SAINT LOUIS MI

The following parties may have an interest in this property:

HUNTER FINANCIAL

WILSON BRUCE & PAMELA

DESCRIPTION OF PROPERTY: WD L 613 P 151 JOHN R CHEESMAN PLAT OF ST LOUIS LOT 2 & N 16 FT OF LOT 3, BLOCK 6. PROPERTY ADDRESS 406 SOUTH MILL STREET

**Parcel ID#:** 53-100-035-00     **Amount to Redeem as of 01/31/2017**    820.65
**Property Address:** S MILL ST VACANT SAINT LOUIS MI
The following parties may have an interest in this property:
HUNTER FINANCIAL

WILSON BRUCE & PAMELA

DESCRIPTION OF PROPERTY: WD L 613 P 151 JOHN R CHEESMAN PLAT OF ST LOUIS LOT 4 & S 50 FT OF LOT 3, BLOCK 6.

---

**Parcel ID#:** 53-100-040-00     **Amount to Redeem as of 01/31/2017**    1,363.35
**Property Address:** 201 CHESTNUT ST SAINT LOUIS MI
The following parties may have an interest in this property:
KOUTZ ALAN & LINDA

DESCRIPTION OF PROPERTY: JOHN R CHEESMAN PLAT OF ST LOUIS LOTS 1 & 2 BLOCK 7. 201 CHESTNUT STREET

---

**Parcel ID#:** 53-100-052-00     **Amount to Redeem as of 01/31/2017**    1,112.07
**Property Address:** 607 S MILL ST SAINT LOUIS MI
The following parties may have an interest in this property:
MICHIGAN DEPT OF TREASURY

GOODWIN THOMAS

DESCRIPTION OF PROPERTY: WD L 519 P 1160 JOHN R. CHEESMAN PLAT OF SAINT LOUIS LOT 3 BLOCK 11. PROPERTY   ADDRESS 607 SOUTH MILL STREET

---

**Parcel ID#:** 53-100-062-00     **Amount to Redeem as of 01/31/2017**    2,071.09
**Property Address:** 501 S MAPLE ST SAINT LOUIS MI
The following parties may have an interest in this property:
CHEMICAL BANK

STATE OF MICHIGAN

FOX THOMAS

DESCRIPTION OF PROPERTY: WD L 570 P 1343 JOHN R. CHEESMAN PLAT OF SAINT LOUIS N 50 FT OF LOT 1 BLOCK 14  & W 33 FT OF VACATED CENTRAL ST ADJACENT TO E SIDE OF SD 50 FT. PROPERTY   ADDRESS 501 SOUTH MAPLE STREET

---

**Parcel ID#:** 53-100-068-00     **Amount to Redeem as of 01/31/2017**    623.10
**Property Address:** VACANT SAINT LOUIS MI
The following parties may have an interest in this property:
STATE OF MICHIGAN

FOX THOMAS

DESCRIPTION OF PROPERTY: JOHN R CHEESMAN PLAT OF ST LOUIS LOT 1 BLOCK 15.

---

**Parcel ID#:** 53-100-069-00     **Amount to Redeem as of 01/31/2017**    2,202.01
**Property Address:** 506 S MAPLE ST SAINT LOUIS MI
The following parties may have an interest in this property:
STATE OF MICHIGAN

FOX THOMAS

DESCRIPTION OF PROPERTY: JOHN R CHEESMAN PLAT OF ST LOUIS LOT 2 BLOCK 15. 506 SOUTH MAPLE STREET

---

**Parcel ID#:** 53-350-075-00     **Amount to Redeem as of 01/31/2017**    2,513.57
**Property Address:** 311 S EUCLID ST SAINT LOUIS MI
The following parties may have an interest in this property:
MFFL, LLC

COAST ANGELS LC FUND, LLC

DESCRIPTION OF PROPERTY: WD L 458 P 1259 S S HASTINGS' ADDITION LOT 3 BLOCK 14. PROPERTY ADDRESS 311   SOUTH EUCLID STREET

---

**Parcel ID#:** 53-500-009-00     **Amount to Redeem as of 01/31/2017**    3,098.98
**Property Address:** 502 W CENTER ST SAINT LOUIS MI
The following parties may have an interest in this property:
S & R-ST LOUIS LLC

DESCRIPTION OF PROPERTY: WD L 497 P 286 HOLCOMB & EVANS ADDITION LOTS 7 & 8 BLOCK 72. PROPERTY ADDRESS   502 WEST CENTER STREET

---

**Parcel ID#:  53-500-031-00**                    **Amount to Redeem as of 01/31/2017**        2,112.50

**Property Address:**  212 N BANKSON ST SAINT LOUIS MI

**The following parties may have an interest in this property:**

HOLBROOK RAY A & LINDA LOU

SPENCER BRANDI & PESKA WILLIAM

DESCRIPTION OF PROPERTY: WD L 520 P 218 HOLCOMB & EVANS ADDITION LOT 4 BLOCK 74. PROPERTY ADDRESS 212   NORTH BANKSON STREET

---

**Parcel ID#:  53-500-115-00**                    **Amount to Redeem as of 01/31/2017**        1,697.35

**Property Address:**  219 S BANKSON ST SAINT LOUIS MI

**The following parties may have an interest in this property:**

CHASE

FUENTES JOE & JOANNA

DESCRIPTION OF PROPERTY: WD L 510 P 390 HOLCOMB & EVANS ADDITION LOT 6 & S 40 FT OF LOT 5 BLOCK 81.    PROPERTY ADDRESS 219 SOUTH BANKSON STREET

---

**Parcel ID#:  53-650-002-00**                    **Amount to Redeem as of 01/31/2017**        1,515.17

**Property Address:**  205 S MAIN ST SAINT LOUIS MI

**The following parties may have an interest in this property:**

UPDEGRAFF RAY W

DESCRIPTION OF PROPERTY: WD L 597 P 748 JAMES F NEWTONS ADDITION COM AT NW COR OF LOT 2, TH E 6 1/2 RDS, S 4 RDS, W 6 1/2 RDS, N 4 RDS TO BEG, BLOCK 43. PROPERTY ADDRESS 205 SOUTH MAIN STREET

---

**Parcel ID#:  53-650-044-00**                    **Amount to Redeem as of 01/31/2017**        2,820.38

**Property Address:**  219 S CLINTON ST SAINT LOUIS MI

**The following parties may have an interest in this property:**

UPDEGRAFF JOSALYN

DESCRIPTION OF PROPERTY: WD L 591 P 244 JAMES F NEWTONS ADDITION LOTS 5 & 6, BLOCK 52. PROPERTY ADDRESS  219 SOUTH CLINTON STREET

---

**Parcel ID#:  53-700-016-00**                    **Amount to Redeem as of 01/31/2017**        783.73

**Property Address:**  WELLAND AVE VACANT SAINT LOUIS MI

**The following parties may have an interest in this property:**

CHEMICAL BANK

BRADY ROBERT M

DESCRIPTION OF PROPERTY: WD L 559 P 248 SCENIC HEIGHTS CITY OF ST. LOUIS LOTS 1 TO 8 INC. BLOCK 3.

---

**Parcel ID#:  53-700-020-00**                    **Amount to Redeem as of 01/31/2017**        600.25

**Property Address:**  MICHIGAN AVE VACANT SAINT LOUIS MI

**The following parties may have an interest in this property:**

CHEMICAL BANK

BRADY ROBERT M

DESCRIPTION OF PROPERTY: WD L 559 P 248 SCENIC HEIGHTS CITY OF ST. LOUIS LOTS 16 TO 25 INC. BLOCK 3.

---

**Parcel ID#:  53-860-001-00**                    **Amount to Redeem as of 01/31/2017**        24,712.35

**Property Address:**  400 WOODSIDE DR SAINT LOUIS MI

**The following parties may have an interest in this property:**

LAWRENCE & DOROTHY LIPPERT

CRIPPEN MANUFACTURING COMPANY

DESCRIPTION OF PROPERTY: WD L 565 P 174 WOODSIDE INDUSTRIAL CENTER LOTS 1, 2, & 3.             IFT REVOKED BY STATE 9-7-06.  TRANSFERED IFT 95-743 ON 11-28-06.           PERSONAL PROPERTY #900-003-10 & 900-001-20
.