
STATE OF MICHIGAN · GRATIOT COUNTY
RECEIVED
08/18/2017 2:43:05 PM
MARY MERCHANT · REGISTER OF DEEDS

 LIBER 1008 PAGE 980


**EXHIBIT C**
OUTSIDE LEGAL COUNSEL PLC
www.olcplc.com


STATE OF MICHIGAN · GRATIOT COUNTY
RECORDED
08/18/2017 3:33:28 PM
MARY MERCHANT · REGISTER OF DEEDS

## QUIT CLAIM DEED

$30.00  RECEIPT# 7606, STATION 1
QUIT CLAIM DEED

The Grantor: **COUNTY OF GRATIOT**

Whose address is: 214 E. Center St., P.O. Box 17, Ithaca, MI 48847

Convey(s) and quit claim(s) to: **RMS Property Management, LLC** (grantee(s), whose address is: **832 Madison St. Birmingham, MI 48009**

The following premises are situated in the City of Alma, Gratiot County, Michigan:

29-51-032-779-00

Legal description:

HALL & SHARRAR ADD   N 1/2 OF LOT 38

For a sum of: Twenty-five thousand five hundred dollars & no cents ($25,500.00) exempt per MCL 207.505 H(i) and MCL 207.526 H (i)

The Grantor also grants to the Grantee(s) the right to make all division(s) as allowed under Section 108 of the Land Division Act, Act. No. 288 of Public Acts of 1967.

The above described premises may be located within the vicinity of farmland or a farm operation. Generally accepted agricultural and management practices which may generate noise, dust, odors, and other associated conditions may be used and are protected by the Michigan Right to Farm Act

Exemption from State Transfer Tax is claimed under authority of Section 6(h)(i), Act 255, P.A. 1994 (207.526) MCL.

Exemption from County Real Property Transfer Fee is claimed under authority of Section 5(h), Act 134, P.A. 1966 (207.505) MCL.

Dated this 16th day of August, 2017.

Signed by: _____

Michelle Thomas, Gratiot County Treasurer

STATE OF MICHIGAN)

COUNTY OF GRATIOT)

The foregoing instrument was acknowledged before me a Notary Public, this 17th day of August, 2017, by Michelle Thomas, Gratiot County Treasurer.

_Rene Rubin_
_Rene Rubin_ Notary Public
Gratiot County, Michigan
My Commission expires: January 13, 2020



Drafted by: Michelle Thomas- 214 E. Center St. Ithaca, MI 48847

Return to:

RMS Property Management

832 Madison St.

Birmingham, MI 480099