EXHIBIT D
OUTSIDE LEGAL COUNSEL PLC
www.olcplc.com

**109 S COURT AVE** ALMA, MI 48801    (Property Address)

Parcel Number: 51-032-779-00

No Images Found

**Property Owner:** RMS PROPERTY MANAGEMENT, LLC

**Summary Information**

> Assessed Value: $25,200 | Taxable Value: $24,186    > Property Tax information found

## Owner and Taxpayer Information

| | | | |
|---|---|---|---|
| **Owner** | RMS PROPERTY MANAGEMENT, LLC | **Taxpayer** | SEE OWNER INFORMATION |
| | 832 MADISON ST | | |
| | BIRMINGHAM, MI 48009 | | |

## General Information for Tax Year 2017

| | | | |
|---|---|---|---|
| **Property Class** | 401 RESIDENTIAL | **Unit** | 51 CITY OF ALMA |
| **School District** | DISTRICT 29010 ALMA SCH | **Assessed Value** | $25,200 |
| **Map #** | No Data to Display | **Taxable Value** | $24,186 |
| **User Number Idx** | 0 | **State Equalized Value** | $25,200 |
| **User Alpha 1** | Not Available | **Date of Last Name Change** | 09/08/2017 |
| **User Alpha 3** | Not Available | **Notes** | Not Available |
| **Historical District** | Not Available | **Census Block Group** | Not Available |
| **User Alpha 2** | Not Available | **Exemption** | No Data to Display |

### Principal Residence Exemption Information

**Homestead Date**    No Data to Display

| Principal Residence Exemption | June 1st | Final |
|---|---:|---:|
| 2018 | 0.0000 % | - |
| 2017 | 0.0000 % | 0.0000 % |

### Previous Year Information

| Year | MBOR Assessed | Final SEV | Final Taxable |
|---|---:|---:|---:|
| 2016 | $24,800 | $24,800 | $23,971 |
| 2015 | $23,900 | $23,900 | $23,900 |
| 2014 | $23,900 | $23,900 | $23,672 |

## Land Information

| | | | |
|---|---|---|---|
| **Zoning Code** | | **Total Acres** | 0.090 |
| **Land Value** | $50,400 | **Land Improvements** | $0 |
| **Renaissance Zone** | No | **Renaissance Zone Expiration Date** | No Data to Display |
| **ECF Neighborhood** | No Data to Display | **Mortgage Code** | No Data to Display |
| **Lot Dimensions/Comments** | No Data to Display | **Neighborhood Enterprise Zone** | No |

| Lot(s) | Frontage | Depth |
|---|---:|---:|
| No lots found. | | |
| | Total Frontage: 0.00 ft | Average Depth: 0.00 ft |

## Legal Description

HALL & SHARRAR ADD N 1/2 OF LOT 38

## Land Division Act Information

| Date of Last Split/Combine | No Data to Display | Number of Splits Left | 0 |
|---|---|---|---|
| Date Form Filed | No Data to Display | Unallocated Div.s of Parent | 0 |
| Date Created | No Data to Display | Unallocated Div.s Transferred | 0 |
| Acreage of Parent | 0.00 | Rights Were Transferred | Not Available |
| Split Number | 0 | Courtesy Split | Not Available |
| Parent Parcel | No Data to Display | | |

### Sale History

| Sale Date | Sale Price | Instrument | Grantor | Grantee | Terms of Sale | Liber/Page |
|---|---|---|---|---|---|---|
| 08/16/2017 | $25,500.00 | QC | GRATIOT COUNTY TREASURER | RMS PROPERTY MANAGEMENT, LLC | QUIT CLAIM DEED | 1008/980 |
| 02/21/2017 | $0.00 | FOR | FOX THOMAS A | GRATIOT COUNTY TREASURER | FORCLOSURE | 1001/1376 |
| 02/10/2000 | $35,000.00 | WD | | FOX | Arms-Length | 621/441 |
| 02/02/2000 | $35,000.00 | WD | | | WARRANTY DEED | 00621:0441 |
| 12/18/1998 | $43,032.00 | WD | | | Mortgage Sale | 598/977 |
| 10/31/1994 | $34,900.00 | WD | | MINSER | Arms-Length | 564/819 |
| 06/01/1990 | $24,000.00 | WD | | | Arms-Length | |

**Disclaimer:** BS&A Software provides BS&A Online as a way for municipalities to display information online and is not responsible for the content or accuracy of the data herein. This data is provided for reference only and WITHOUT WARRANTY of any kind, expressed or inferred. Please contact your local municipality if you believe there are errors in the data.

Copyright © 2018 BS&A Software, Inc.