# FORECLOSING GOVERNMENTAL UNIT (FGU)

**EXHIBIT E**
OUTSIDE LEGAL COUNSEL PLC
www.olcplc.com

| COUNTY | ADDRESS | TREASURER | FGU |
|---|---|---|---|
| Alcona | County Building<br>106 Fifth St.<br>P.O. Box 158<br>Harrisville, 48740-0158 | Cheryl L. Franks<br><br>989-724-9420 | County |
| Alger | 101 Court Street<br>Munising, 49862 | Pamela Johnson<br>Alison Tomma, Deputy<br>906-387-4535 | County |
| Allegan | 113 Chestnut St.<br>P.O. Box 259<br>Allegan, 49010-0259 | Sally L. Brooks<br>Larry Ladenburger, Deputy<br>269-673-0260 | County |
| Alpena | 720 W. Chisholm St.<br>Suite 3<br>Alpena, 49707 | Kim Ludlow<br>Kristi Koperwas, Deputy<br>989-354-9534 | County |
| Antrim | 203 E. Cayuga St.<br>P.O. Box 544<br>Bellaire, 49615 | Sherry A. Comben<br>Wendy Aldrich, Deputy<br>231-533-8596 | County |
| Arenac | 120 N. Grove St.<br>P.O. Box 637<br>Standish, 48658 | Dennis Stawowy<br>Mary Reid, Deputy<br>989-846-4106 | County |
| Baraga | Court House<br>16 North Third St.<br>L'Anse, 49946 | Anne Koski<br>Jill Tollefson, Deputy<br>906-524-7773 | County |
| Barry | Court House<br>220 W. State St.<br>Hastings, 49058 | Susan VandeCar<br>Lorie Marcott, Deputy<br>269-945-1287 | County |
| Bay | 515 Center Ave.<br>Suite 103<br>Bay City, 48708-5994 | Richard R. Brzezinski<br>Holly Kukla, Deputy<br>989-895-4285 | County |
| Benzie | 448 Court Place<br>PO Box 377<br>Beulah, 49617 | Michelle Thompson<br><br>231-882-0011 | County |
| Berrien | 701 Main Street<br>St. Joseph, 49085-1197 | Bret E. Witkowski<br>Kathy Culbertson, Deputy<br>269-982-8645 | County |
| Branch | Court Building<br>31 Division St.<br>Coldwater, 49036 | Ann Vrablic<br>Julia Yearling, Deputy<br>517-279-4321 | STATE |
| Calhoun | 315 W. Green St.<br>Marshall, 49068 | Brian Wensauer<br>Jon B. Bartlett, Deputy<br>269-781-0807 | County |
| Cass | 120 N. Broadway St.<br>Ste 113<br>Cassapolis, 49031 | Hope Anderson<br>Diane Klapchuk, Deputy<br>269-445-4468 | County |
| Charlevoix | County Building<br>301 State St.<br>Charlevoix, 49720 | Marilyn Cousineau<br>Betty Simon, Deputy<br>231-547-7202 | County |
| Cheboygan | 870 S. Main<br>P.O. Box 70<br>Cheboygan, 49721 | Buffy Weldon<br><br>231-627-8821 | County |
| Chippewa | 319 Court St.<br>Sault Ste. Marie, 49783 | Margorie Hank<br>Carmen Fazzari, Deputy<br>906-635-6308 | County |

[Downloaded from https://www.michigan.gov/documents/2005_V_2006_FGU_116385_7.pdf]

# FORECLOSING GOVERNMENTAL UNIT (FGU)

| COUNTY | ADDRESS | TREASURER | FGU |
|---|---|---|---|
| Clare | Court House<br>225 W. Main<br>P.O. Box 564<br>Harrison, 48625 | Jenny Beemer-Fritzinger<br>Janet L. Price, Deputy<br>989-539-7801 | County |
| Clinton | 100 E. State St.<br>Ste. 2400<br>St. Johns, 48879-0039 | Tina Ward<br>Brenda Ondrus, Deputy<br>989-224-5280 | STATE |
| Crawford | 200 W. Michigan Ave.<br>Grayling, 49738 | Joseph V. Wakeley<br>Kate Wagner, Deputy<br>989-344-3204 | County |
| Delta | 310 Ludington St.<br>Room 171<br>Escanaba, 49829 | Sherry Godfrey<br>Ann Englund, Deputy<br>906-789-5117 | County |
| Dickinson | 705 S. Stephenson<br>P.O. Box 609<br>Iron Mountain, 49801 | Lorna Carey<br>Natalie Rossi, Deputy<br>906-774-8130 | County |
| Eaton | 1045 Independence Blvd.<br>Charlotte, 48813 | Robert Robinson<br>517-543-4262 | County |
| Emmet | 200 Division St.<br>Ste 170<br>Petoskey, 49770 | Marilyn May<br>Mary Mitchell, Deputy<br>231-348-1715 | County |
| Genesee | 1101 Beach St.<br>Flint, 48502-1475 | Deb Cherry<br>810-257-3059 | County |
| Gladwin | 401 W. Cedar<br>Gladwin, 48624 | Christy VanTiem<br>MarLynn Muma, Deputy<br>989-426-7251 | County |
| Gogebic | Court House<br>200 N. Moore St.<br>Bessemer, 49911 | Lisa Hewitt<br>Patricia Ikola, Deputy<br>906-663-4517 | County |
| Grand Traverse | 400 Boardman Ave.<br>Traverse City, 49684-257 | Heidi Scheppe<br>Annette Counsel, Deputy<br>231-922-4735 | County |
| Gratiot | 214 E. Center St.<br>P.O. Box 17<br>Ithaca, 48847 | Michelle Thomas<br>Ella Martyn, Deputy<br>989-875-5220 | County |
| Hillsdale | Court House<br>29 N. Howell St.<br>Hillsdale, 49242 | Stephanie Kyser<br>Diana Gow, Deputy<br>517-437-4700 | County |
| Houghton | 401 E. Houghton Ave.<br>Houghton, 49931 | Kathleen A. Beattie<br>Judith Carne, Deputy<br>906-482-0560 | County |
| Huron | County Building, Room 20<br>P.O. Box 69<br>Bad Axe, 48413-0069 | Debra McCollum<br>Rochelle Peplinski, Deputy<br>989-269-9238 | County |
| Ingham | County Courthouse<br>Jefferson St., 2nd Floor<br>P.O. Box 215<br>Mason, 48854 | Eric Schertzing<br>John Schlinker, Deputy<br>517-676-7220 | County |
| Ionia | County Courthouse<br>100 Main<br>Ionia, 48846-1696 | Judith A. Clark<br>Virgene Pung, Deputy<br>616-527-5329 | County |

[Downloaded from https://www.michigan.gov/documents/2005_V_2006_FGU_116385_7.pdf]

# FORECLOSING GOVERNMENTAL UNIT (FGU)

| COUNTY | ADDRESS | TREASURER | FGU |
|---|---|---|---|
| Iosco | 422 Lake Street<br>Box 538<br>Tawas City, 48764-0538 | Mr. Elite Shellenbarger<br>Catherine Anderson, Deputy<br>989-362-4409 | STATE |
| Iron | 2 South 6th St., Ste. 12<br>Crystal Falls, 49920-1413 | Melanie Camps<br><br>906-875-3362 | County |
| Isabella | 200 N. Main Street<br>Mt. Pleasant, 48858 | Steven W. Pickens<br>Kathleen Schafer, Deputy<br>989-772-0911, ext 258 | County |
| Jackson | 120 W. Michigan Ave.<br>Jackson, 49201 | Karen Coffman<br>Diane L. Donaldson, Deputy<br>517-788-4418 | County |
| Kalamazoo | 201 W. Kalamazoo, Rm 104<br>Kalamazoo, 49007 | Mary Balkema<br>Gred Vliestra, Deputy<br>269-384-8124 | County |
| Kalkaska | 605 N. Birch St.<br>Kalkaska, 49646 | Valerie Thornburg<br>Joyce Owens, Deputy<br>231-258-3310 | County |
| Kent | 300 Monroe N.W.<br>P.O. Box Y<br>Grand Rapids, 49503 | Kenneth D. Parrish<br>Steven W. Orchard, Deputy<br>616-632-7513 | County |
| Keweenaw | Court House<br>5095 4th St.<br>Eagle River, 49950-9744 | Eric Hermanson<br>Susan Cronenworth, Deputy<br>906-337-1625 | STATE |
| Lake | Court House<br>800 10th St., Ste. 210<br>Baldwin, 49304 | Brenda L. Kutchinski<br>Julie Hoffman, Deputy<br>231-745-4622 | County |
| Lapeer | 255 Clay, Ste. 303<br>Lapeer, 48446 | Dana M. Miller<br>Wendy Miller, Deputy<br>810-667-0239 | County |
| Leelanau | 8527 E. Government Ctr I<br>Ste. 104<br>Suttons Bay, 49682 | John Gallagher<br>Chris Mikowski, Deputy<br>231-256-9838 | County |
| Lenawee | 301 N. Main<br>Adrian, 49221 | Marilyn J. Woods<br>Carol Bowles, Deputy<br>517-264-4554 | County |
| Livingston | County Courthouse<br>200 E. Grand River<br>Howell, 48843 | Jennifer Nash<br>Matt Mlynarcheck, Deputy<br>517-546-7010 | STATE |
| Luce | Court House<br>407 W. Harrie St.<br>Newberry, 49868 | Darlene Kisro<br><br>906-293-8171 | STATE |
| Mackinac | 100 Marley St.<br>St. Ignace, 49781 | Jennifer Goudreau<br>Cynthia Oliver, Deputy<br>906-643-7318 | County |
| Macomb | 1 S. Main, 2nd Floor<br>Mt. Clemens, 48043 | Lawrence Rocca<br><br>586-469-5194 | County |
| Manistee | 415 Third Street<br>Manistee, 49660 | Russell Pomeroy<br>Mindy Dalke, Deputy<br>231-723-3173 | County |
| Marquette | 232 W. Baraga Ave.<br>Marquette, 49855 | Anne Giroux<br>Kamila Fassbender, Deputy<br>906-225-8425 | County |

[Downloaded from https://www.michigan.gov/documents/2005_V_2006_FGU_116385_7.pdf]

# FORECLOSING GOVERNMENTAL UNIT (FGU)

| COUNTY | ADDRESS | TREASURER | FGU |
|---|---|---|---|
| Mason | Court House<br>304 E. Ludington Avenue<br>Ludington, 49431 | Shirley J. Smith<br><br>231-843-8411 | County |
| Mecosta | 400 Elm Street<br>Big Rapids, 49307-1889 | Sherry Earnest<br>Cindy Lattimore, Deputy<br>231-592-0169 | STATE |
| Menominee | 839 10th Ave.<br>Menominee, 49858 | Diane Lesperance<br>Julie Englund, Deputy<br>906-863-5548 | County |
| Midland | 220 W. Ellsworth<br>Midland, 48640-5194 | Catherine L. Lunsford<br>Ann M. Townsend, Chief Deputy<br>989-832-6720 | County |
| Missaukee | Court House<br>P.O. Box 800<br>111 S. Canal Street<br>Lake City, 49651 | Lori Cox<br>Samantha Nasser, Deputy<br>231-839-2169 | County |
| Monroe | 51 S. Macomb St.<br>Monroe, 48161 | Kay Sisung<br>Denine Kamprath, Deputy<br>734-240-7365 | County |
| Montcalm | Box 368<br>211 W. Main Street<br>Stanton, 48888 | JoAnne Vukin<br>Dorina Kirshman, Deputy<br>989-831-7334 | County |
| Montmorency | 12265 M32 West<br>P.O. Box 789<br>Atlanta, 49709 | Jean M. Klein<br>Susan Cady, Deputy<br>989-785-8086 | County |
| Muskegon | 173 E. Apple Ave<br>Suite 104<br>Muskegon, 49442 | Tony Moulatsiotis<br>Dan Hansen, Deputy<br>231-724-6217 | County |
| Newaygo | 1087 Newell<br>P.O. Box 885<br>White Cloud, 49349-0885 | Holly Moon<br>Sue Schondelmayer, Deputy<br>231-689-7230 | County |
| Oakland | 1200 N. Telegraph<br>Dept. 479<br>Pontiac, 48341-0479 | Andrew Meisner<br>Jim VanLeuven, Deputy<br>248-858-0624 | County |
| Oceana | 100 State Street<br>P.O. Box 227<br>Hart, 49420 | Mary Lou Phillips<br>Betty L. Poort, Deputy<br>231-873-3980 | County |
| Ogemaw | P.O. Box 56<br>806 W. Houghton, Rm 10<br>West Branch, 48661 | Dwight McIntyre<br>Cindy Scott, Deputy<br>989-345-0084 | County |
| Ontonagon | 725 Greenland Rd.<br>Ontonagon, 49953 | Diana J. Killoran<br>906-884-4665 | County |
| Osceola | 301 West Upton<br>Reed City, 49677 | Lori Leuderman<br>Susan K. Stewart, Deputy<br>231-832-6107 | County |
| Oscoda | 311 Morenci<br>P.O. Box 399<br>Mio, 48647 | William Kendall<br>Audry J. Lunning, Deputy<br>989-826-1113 | County |
| Otsego | County Building<br>225 W. Main<br>Room 107<br>Gaylord, 49735 | Diann M. Axford<br><br>989-731-7560 | County |
| Ottawa | 12220 Filmore St<br>Room 155<br>West Olive, MI 49460 | Bradley J. Slagh<br>Cheryl A. Clark, Deputy<br>616-994-4501 | County |

[Downloaded from https://www.michigan.gov/documents/2005_V_2006_FGU_116385_7.pdf]

# FORECLOSING GOVERNMENTAL UNIT (FGU)

| COUNTY | ADDRESS | TREASURER | FGU |
|---|---|---|---|
| Presque Isle | 151 E. Huron<br>P.O. Box 110<br>Rogers City, 49779 | Bridget L. LaLonde<br>Valerie Peacock, Deputy<br>989-734-4075 | County |
| Roscommon | 500 Lake Street<br>Roscommon, 48653 | Rebecca A. Ragan<br>Marcie Dankert, Deputy<br>989-275-5823 | County |
| Saginaw | 111 S. Michigan Ave.<br>Saginaw, 48602 | Timothy M. Novak<br>Jana Barry, Deputy<br>989-790-5225 | County |
| St. Clair | 200 Grand River Blvd<br>Suite 101<br>Port Huron, 48060 | Kelly Roberts-Burnett<br>William Kaufman, Deputy<br>810-989-6915 | County |
| St. Joseph | 125 W. Main<br>P.O. Box 220<br>Centreville, 49032-0220 | Judie Ratering<br>Vicky Anders, Deputy<br>269-467-5527 | County |
| Sanilac | 60 W. Sanilac<br>P.O. Box 286<br>Sandusky, 48471 | Trudy M. Nicol<br>Judy Decker, Deputy<br>810-648-2127 | County |
| Schoolcraft | 300 Walnut<br>Room 169<br>Manistique, 49854 | Julie Roscioli<br>Cindy L. Nelson, Deputy<br>906-341-3622 | County |
| Shiawassee | Court House<br>208 N. Shiawassee<br>Corunna, 48817 | Thomas Dwyer<br><br>989-743-2224 | STATE |
| Tuscola | 125 W. Lincoln<br>Caro, 48723 | Patricia Donovan-Gray<br>Susan Jensen, Deputy<br>989-672-3890 | County |
| Van Buren | 219 Paw Paw Street<br>Suite 101<br>Paw Paw, 49079-1499 | Trisha Nesbitt<br>Karen MacDonald, Deputy<br>269-657-8228 | County |
| Washtenaw | 200 North Main<br>2nd Floor, Ste., 200<br>P.O. Box 8645<br>Ann Arbor, 48107-8645 | Catherine McClary<br>Kristen Osborn, Deputy<br>734-222-6625 | County |
| Wayne | International Center Bldg.<br>400 Monroe, Ste. 550<br>Detroit, 48226-2946 | Eric R. Sabree<br>Roy Freij, Chief Deputy<br>313-224-5950 | County |
| Wexford | P.O. Box 293<br>437 E. Division St.<br>Cadillac, 49601 | Jayne E. Stanton<br>Connie Roush, Deputy<br>231-779-9475 | County |

[Downloaded from https://www.michigan.gov/documents/2005_V_2006_FGU_116385_7.pdf]