EXHIBIT F
OUTSIDE LEGAL COUNSEL PLC
www.olcplc.com



**County of Gratiot**

214 E. Center Street
Ithaca, Michigan 48847

Administration
(989) 875-5261

Animal Control
(989) 875-2221

Board of Commissioners
(989) 875-5261

Building & Grounds
(989) 875-5275

Circuit Court
(989) 875-5224

Clerk
(989) 875-5215

Commission on Aging
(989) 875-5246

District Court
(989) 875-5240

Drain Commission
(989) 875-5207

Emergency Management
(989) 875-5280

Equalization
(989) 875-5203

Friend of the Court
(989) 875-5226

Geographical Information System
(989) 875-5207

Information Manager
(989) 875-5267

Juvenile
(989) 875-5222

MSHDA/CDBG Housing Administrator
(989) 875-5251

MSU Extension
(989) 875-5233

Payroll/Personnel
(989) 875-5239

Permits
(989) 875-5201

Planning/Zoning
(989) 875-5201

Probate Court
P.O. Box 217
(989) 875-5231

Probation/Parole
(989) 875-5229

Prosecutor
(989) 875-5236

Register of Deeds
(989) 875-5217

Sheriff
(989) 875-5214

Treasurer
(989) 875-5220

Veterans
(989) 875-5258

December 20, 2004

Michigan Department of Treasury
Bureau of Local Affairs
430 West Allegan Street
Lansing, MI 48922
Attn: Frederick Headen

Re: PA 123

Dear Mr. Headen:

The Gratiot County Board of Commissioners, the County Treasurer and the County Administrator has reviewed you letter dated November 23rd, 2004 regarding reconsideration of our opt-in/opt-out status.

Please be advised that we have elected to retain our current status of opting in with the Gratiot County Treasurer having the full responsibility of conducting the tax reversion process.

Should you have any questions, please contact Mary Sullivan, County Treasurer and 989-875-5220 or the County Administrator, Dan Skiver at 989-875-5282.

Sincerely,

Mary L. Sullivan
Mary Sullivan
County Treasurer

Daniel R. Skiver
County Administrator

Cc: County Commissioners