## Index of Exhibits

Exhibit A: Requests for Production

Exhibit B: Subpoena

Exhibit C: Sample Contract