# Exhibit A

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

THOMAS A. FOX, for himself and
all those similarly situated,
    Plaintiff,

v.

COUNTY OF SAGINAW, *et al.,*
    Defendants

                          /

Case No.: 19-cv-11887
Hon. Thomas L. Ludington
Mag. Judge Patricia T. Morris

## DISCOVERY REQUESTS – MARCH 29, 2022

TO:    Defendants Counties of Alcona, Alpena, Arenac, Bay, Clare, Crawford, Genesee, Gladwin, Gratiot, Huron, Isabella, Jackson, Lapeer, Lenawee, Macomb, Midland, Montmorency, Ogemaw, Oscoda, Otsego, Presque Isle, Roscommon, Saginaw, Sanilac, St Clair, Tuscola, and Washtenaw

As used within this request:

    A. "Identify" when referring to an individual, corporation, or other entity shall mean to set forth the name, address, and telephone number, and if a corporation or other entity, its principal place of business, or if an individual, the present or last known home address, his or her job title or titles, by whom employed and address of the place of employment.

    B. Where knowledge or information in possession of a party is requested, such request includes knowledge of the party's principals, employees, staffers, agents, insurance companies, representatives, and unless privileged, his, her, or its attorney or attorneys. When an answer/response is made by a corporate or other non-individual party, state the name, address and title of person(s) supplying the information and list the source of his or her information.

    C. The pronoun "you" refers to the party this request is directed at as well as to the individuals and entities mentioned in subsection (B) above.

OUTSIDE LEGAL COUNSEL PLC
www.olcplc.com

Kindly answer, respond, and/or produce, in full, all discovery items/requests propounded below:

1.  PRODUCE: A complete copy of tax foreclosure, former ownership, and other data in Microsoft Excel or database format for your county as to all foreclosures from 2008 to present. **Please include all available data fields.** At minimum, your data output/copy should include, but not be limited to, the following or like-designated data fields:

- Auction Year (or some other date designation for year of auction sale)
- Lot Number (it appears to be a four-digit number you have assigned)
- Parcel/Tax ID Number of Property Parcel
- Address (if no address, the listed description) of the Foreclosed Property Parcel
- Name of Former Owner(s)
- Last Known Address of Former Owner(s)
- Total Tax Delinquency, see MCL 211.78a(1)
- Current Taxes
- Minimum Bid Amount at Tax Auction (Minimum Bid)
- Winning Bid Amount at Tax Auction / Sale Price
- State Equalized Value (SEV)
- Local Unit
- Section
- Township
- Range
- Legal Description
- CIS
- Comment 2
- Latitude
- Longitude

OUTSIDE LEGAL COUNSEL PLC
www.olcplc.com

2. **PRODUCE:** A list of all name(s), address(es), parcel id number(s), foreclosed property address(es), count(ies), sale auction price(s), minimum bid(s), and/or proposed amount(s) of surplus proceeds as to each and every person/entity/former owner sent Michigan Department of Treasury Form No. 5744 in 2022.

3. **INTERROGATORY:** Identify all persons with whom you consulted and/or checked with to investigate actual or possible responses to these discovery requests.

Date: March 29, 2022

RESPECTFULLY SUBMITTED:

/s/ Philip L. Ellison
Philip L. Ellison (P74117)
**OUTSIDE LEGAL COUNSEL, PLC**
PO Box 107
Hemlock, MI 48626
(989) 642-0055
pellison@olcplc.com
*Co-Lead Class Counsel*

E. Powell Miller (P39487)
Sharon S. Almonrode (P33938)
Christopher D. Kaye (P61918)
William Kalas (P82113)
Gregory A. Mitchell (P68723)
**THE MILLER LAW FIRM, P.C.**
950 W University Drive, Ste 300
Rochester, MI 48307
(248) 841-2200
epm@millerlawpc.com
ssa@millerlawpc.com
cdk@millerlawpc.com
wk@millerlawpc.com
gam@millerlawpc.com
*Co-Lead Class Counsel/Class Counsel*

Matthew E. Gronda (P73693)
PO Box 70
St. Charles, MI 48655

OUTSIDE LEGAL COUNSEL PLC
www.olcplc.com

- 3 -

           (989) 249-0350
           matt@matthewgronda.com
           *Class Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on date stated below, I served the foregoing document by email and by US mail to at least one counsel of record for each party on the date stated below.

Date: March 29, 2022

RESPECTFULLY SUBMITTED:

/s/ Philip L. Ellison
OUTSIDE LEGAL COUNSEL PLC
PHILIP L. ELLISON (P74117)
PO Box 107
Hemlock, MI 48626
(989) 642-0055
pellison@olcplc.com

Co-Lead Counsel for Certified Class