UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

THOMAS A. FOX, on behalf of himself
and all others similarly situated,

        Plaintiff,

v.

COUNTY OF SAGINAW, by its BOARD OF
COMMISSIONERS, *et al.*,

        Defendants.
_____/

Case No. 1:19-cv-11887

Honorable Thomas L. Ludington
United States District Judge

**ORDER CORRECTING SCRIVENER'S ERROR IN CLASS NOTICE**

This is a class action brought under 42 U.S.C. § 1983. On April 27, 2022, this Court approved class notice for a limited group of class members and directed Plaintiff to serve that notice. Recently, counsel informed this Court of two scrivener's errors in the notice.

On page 4, the notice reads, "After this lawsuit was filed, the Court stayed the case pending the outcome of the Michigan Supreme Court's decision in a similar case." This language will be corrected to read, "After this lawsuit was filed, the Court stayed the case pending the outcome of a similar case."

On page 5, the notice reads, "Recently, the Defendants file another appeal . . . ." This language will be corrected to read, "Recently, the Defendants filed another appeal . . . ."

The corrected version will be docketed as Attachment A to this order.

**IT IS SO ORDERED**.

Dated: April 28, 2022

        s/Thomas L. Ludington
        THOMAS L. LUDINGTON
        United States District Judge