UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

THOMAS A. FOX,
for himself and all those similarly situated,

        Plaintiff,

    v.

COUNTY OF SAGINAW, et al.,

        Defendants.
_____/

Case No.: 19-cv-11887
Hon. Thomas L. Ludington
Mag. Judge Patricia T. Morris

**CLASS ACTION**

**THE CLASS'S REPLY TO ECF NO. 322 AND ECF NO. 323 IN SUPPORT OF MOTIONS TO LIFT THE STAY AND APPROVE LIMITED NOTICE**

Last year, the Court ordered limited notice to some Class Members about an upcoming deadline under the Public Act 256 claims process. The Class asks it to do the same again this year. Defendants respond that the Court can neither lift the stay nor order notice because, they say, the pending appeal under Rule 23(f) divests this Court of jurisdiction. They are incorrect.

Defendants argue that the Court lacks jurisdiction to issue the proposed notice because "[t]he pendency of an appeal 'is an event of jurisdictional significance - - - [that] confers jurisdiction on the Court of Appeals and divests the district court of its control over those aspects of the case involved in the appeal.'" (ECF No. 323-1, PageID.7846) (quoting *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982). But the appeal was pending last year, also. ECF No. 238 (March 30, 2022, Order of the U.S. Court of Appeals); ECF No. 260 (April 27, 2022, Order Approving and Directing Class Notice for 2021 Claimants). And as the Class has argued previously, *Griggs* did not address an interlocutory appeal under Rule 23(f), which does not require a stay of the District Court litigation. (ECF No. 312, PageID.7538). In fact, here, the Sixth Circuit rejected Defendants' motion to stay the case pending the appeal. *See* ECF No. 271 (May 2, 2022, Sixth Circuit Opinion and Order).

Accordingly, the Court has all of the authority it had last year to issue the proposed notice. For all of the reasons that the Class explained in its Motions, it respectfully asks the Court to lift the stay and order the notice's issuance.

1

April 3, 2023                                                                Respectfully Submitted,

*/s/ E. Powell Miller*
E. Powell Miller (P39487)
Sharon S. Almonrode (P33938)
Christopher D. Kaye (P61918)
Gregory A. Mitchell (P68723)
**THE MILLER LAW FIRM, P.C.**
950 W University Drive, Ste 300
Rochester, MI 48307
(248) 841-2200
epm@millerlawpc.com
ssa@millerlawpc.com
cdk@millerlawpc.com
gam@millerlawpc.com
*Co-Lead Class Counsel/Class Counsel*

Philip L. Ellison (P74117)
**OUTSIDE LEGAL COUNSEL, PLC**
PO Box 107
Hemlock, MI 48626
(989) 642-0055
pellison@olcplc.com
*Co-Lead Class Counsel*

Matthew E. Gronda (P73693)
PO Box 70
St. Charles, MI 48655
(989) 249-0350
matt@matthewgronda.com
*Class Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2023, I electronically filed the foregoing document using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

*/s/ E. Powell Miller*
E. Powell Miller
**THE MILLER LAW FIRM, P.C.**
950 W. University Dr., Ste. 300
Rochester, MI 48307
Tel: (248) 841-2200