UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

---

| | |
|---|---|
| THOMAS A. FOX, et al., | No. 19-cv-11887 |
| Plaintiffs, | Hon. Thomas L. Ludington |
| v. | District Court Judge |
| COUNTY OF SAGINAW, et al., | Hon. Patricia T. Morris |
| Defendants. | Magistrate Judge |

---

**ORDER GRANTING STIPULATION DISMISSING THE COUNTY TREASURERS AND FORMER COUNTY TREASURERS AND DENYING AS MOOT DEFENDANTS BALL, BENNETT, EGGETT, AND VAN DYKE'S MOTION TO SET ASIDE DEFAULTS**

This Court having reviewed the Parties Stipulated Dismissal of County Treasurer Defendants, ECF No. 410, Federal Rule of Civil Procedure 21, and being otherwise fully advised in the premises:

It is **ORDERED** that, as stipulated by the parties, the claims against the following Treasurers and former County Treasurers are dismissed **with prejudice**: Shawna S. Walraven, Michelle Thomas, Cathy Lunsford, Patricia Donovan-Gray, Kimberly Ludlow, William Kendall, Cheryl Franks, Dennis Stawowy, Dwight McIntyre, Jenny Beemer-Fritzinger, Christy Van Tiem, Deborah Cherry, Debra McCollum, Karen Coffman, Dana M. Miller, Marilyn J. Woods, Lawrence Rocca, Diann Axford, Bridget Lalonde, Rebecca Ragan, Kelly Roberts-Burnett, Catherine

McClary, Weston Price, Terri Ball, Erin Van Dyke, Cheri Eggett, Caren Piglowski, Trudy Bowers (f/k/a Trudy Nichol), Ashley Bennett, Paula Wright, Richard Brzezinski, Kate Wagner, Joseph Wakeley, Steven Pickens, Jean Klein, and Timothy Novak. The parties shall bear their own costs and fees associated with the dismissed claims.

Further, it is **ORDERED** that Defendants Ball, Bennett, Eggett, and Van Dyke's Motion to Set Aside Defaults, ECF No. 392, is **DENIED AS MOOT**.

**This is not a final order and does not close the above-captioned case.**

Dated: August 16, 2024                                    s/Thomas L. Ludington
                                                          THOMAS L. LUDINGTON
                                                          United States District Judge