UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

THOMAS A. FOX,

        Plaintiff(s),

v.

SAGINAW, COUNTY OF, et al.,

        Defendant(s).
_____/

Case No. 19-11887

Judge Thomas L. Ludington

Magistrate Judge Patricia T. Morris

**NOTICE OF CORRECTION**

Docket entry number __469__, filed __1/31/2025__, has been modified. The explanation for the correction is stated below.

- [ ] The docket entry was made on the wrong case.
- [✓] The corresponding document image was missing or incomplete.
- [ ] The wrong document image was associated.
- [ ] The wrong judicial officer was listed on the case docket.
- [ ] The filer information was inaccurate or omitted from the docket text.
- [ ] The judicial officer information was inaccurate or omitted from the docket text.
- [ ] The docket text was changed *to include the Partial Payment Order.*
- [ ] Other:

If you need further clarification or assistance, please contact __Haley Hages__ at __(989) 894-8810__.

KINIKIA D. ESSIX, CLERK OF COURT

Dated: January 31, 2025

/s/A. Chubb
Deputy Clerk