UNITED STATES OF AMERICA
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

THOMAS A. FOX, et al.,

        Plaintiff,                                  Case No. 1:19-cv-11887

v.                                                      Honorable Thomas L. Ludington
                                                               United States District Judge

COUNTY OF SAGINAW, et al.,

        Defendants.

_____/

## ORDER DENYING IN PART AND GRANTING IN PART STIPULATION

Having reviewed the attached Stipulation, this Court will grant it to the extent it seeks to extend the briefing period, but will deny it as to the proposed length of the extension.

Accordingly, it is **ORDERED** that the Parties' Stipulation to Extend is **GRANTED** insofar as it seeks an extended briefing schedule.

Further, it is **ORDERED** that the Parties' Stipulation is **DENIED** as to the particular dates it proposes.

Further, it is **ORDERED** that Defendants are **DIRECTED** to file a response to Plaintiffs' Motion to Vacate Preliminary Approval, ECF No. 494, **on or before December 22, 2025**.

Further, it is **ORDERED** that Defendants are **PERMITTED** to file a reply in support of their Motion to Enforce Settlement, ECF No. 491, **on or before December 22, 2025**.

Further, it is **ORDERED** that Plaintiffs are **PERMITTED** to file a reply in support of their Motion to Vacate Preliminary Approval, ECF No. 494, **on or before December 30, 2025**.

**This is not a final order and does not close this case.**

Dated: December 18, 2025                                              s/Thomas L. Ludington
                                                                               THOMAS L. LUDINGTON
                                                                               United States District Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

| | |
|---|---|
| THOMAS A. FOX, et al., | No. 19-cv-11887 |
| Plaintiffs, | Hon. Thomas L. Ludington |
| v. | District Court Judge |
| COUNTY OF SAGINAW, et al., | Hon. Patricia T. Morris |
| | Magistrate Judge |
| Defendants. | |

_____/

**STIPULATED ORDER EXTENDING BRIEFING SCHEDULE REGARDING DEFENDANT'S MOTION TO ENFORCE [ECF 491] AND PLAINTIFF'S MOTION TO VACATE [ECF 494]**

IT IS ORDERED that, as stipulated by the parties below, the following briefing schedule applies:

1. Defendant's Response to Plaintiff's Motion to Vacate Preliminary Approval [ECF 494], and Defendant's Reply in Support of Their Motion to Enforce Settlement [ECF 491], shall be filed no later than December 29, 2025.

2. Plaintiff's Reply with respect to the Motion to Vacate Preliminary Approval [ECF 494] shall be filed no later than January 12, 2026.

Dated: _____, 2025

_____
Hon. Thomas L. Ludington
District Court Judge

STIPULATED AND AGREED TO:

December 18, 2025

| | |
|---|---|
| */s/ Matthew E. Gronda (w/permission)* <br> Matthew E. Gronda <br> Gronda PLC <br> 4800 Fashion Square Blvd., Suite 200 <br> Saginaw, MI 48604 <br> (989) 233-1639 <br> matt@matthewgronda.com <br> Christopher D. Kaye <br> Daniel Luke Ravitz <br> E. Powell Miller <br> Gregory A. Mitchell <br> Sharon S. Almonrode <br> Miller Law Firm <br> 950 W. University Dr., Suite 300 <br> Rochester, MI 48307 <br> (248) 841-2200 <br> cdk@millerlawpc.com <br> dlr@millerlawpc.com <br> epm@millerlawpc.com <br> gam@millerlawpc.com <br> ssa@millerlawpc.com <br><br> William Kalas <br> Foley & Lardner LLP <br> 500 Woodward Ave. Suite 2700 <br> Detroit, MI 48226 <br> (313) 234-2714 <br> wkalas@foley.com <br><br> Philip L. Ellison <br> Outside Legal County PLC <br> P.O. Box 107 <br> Hemlock, MI 48626 <br> (989) 642-0055 <br> pellison@olcplc.com | */s/ Thomas M. Amon* <br> Thomas M. Amon <br> Warner Norcross + Judd LLP <br> 150 Ottawa Avenue NW, Suite 1500 <br> Grand Rapids, MI 49503-2832 <br> (616) 752-2000 <br> mnelson@wnj.com <br> *Attorneys for Alcona County* <br><br> Charles A. Lawler <br> Clark Hill <br> 212 E. Cesar E. Chavez Avenue <br> Lansing, MI 48906 <br> (517) 318-3100 <br> clawler@clarkhill.com <br> *Attorneys for Crawford and Presque Isle Counties* <br><br> Matthew T. Wise <br> Gordon Rees Scully Mansukhani <br> 37000 Woodward Ave. Suite 225 <br> Bloomfield Hills, MI 48304 <br> (313) 426-9815 <br> mwise@grsm.com <br> *Attorneys for Ogemaw County* <br><br> Theodore W. Seitz <br> Kyle M. Asher <br> Dykema Gossett PLLC <br> 201 Townsend Street, Suite 900 <br> Lansing, MI 48933-1529 <br> (517) 374-9100 <br> tseitz@dykema.com <br> kasher@dykema.com <br> *Attorneys for Washtenaw County* |

| | |
|---|---|
| Donald R. Visser<br>Daniel O. Myers<br>Donovan Visser<br>VISSER AND ASSOCIATES PLLC<br>2480 44th Street SE, Suite 150<br>Kentwood, MI 49512<br>616.513.9860<br>donv@visserlegal.com<br>dan@visserlegal.com<br>donovan@visserlegal.com<br><br>*Attorneys for Plaintiffs* | Frank Krycia<br>Peter Jensen<br>Macomb County Corporation Counsel<br>1 S. Main Street – 8th Floor<br>Mt. Clemens, MI 48043<br>(586) 469-6346<br>frank.krycia@macombgov.org<br>*Attorneys for Macomb County*<br><br>Allan C. Vander Laan<br>Cummings McClorey Davis & Acho<br>2851 Charlevoix Drive SE, Suite 327<br>Grand Rapids, MI 49546<br>(616) 975-7470<br>avanderlaan@cmda-law.com<br>*Attorneys for Saginaw, Bay, Gratiot, Midland, Isabella, Tuscola, Montmorency, Alpena, Oscoda, Arenac, Clare, Gladwin, Genesee, Huron, Jackson, Lapeer, Lenawee, Otsego, Roscommon, Sanilac, and St. Clair Counties* |

30979892-2